E-FILED
Thursday, 31 July, 2014 04:13:09 PM
4/14/2014
Clerk, U.S. District Court, ILCD

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION


| | |
|---|---|
| JERMAINE JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 13-CV-1130 |
| | ) |
| TIMOTHY B. MOORE, DETECTIVE GARNER, | ) |
| UNKNOWN OFFICERS, and the CITY OF | ) |
| PEORIA, | ) |
| | ) |
| Defendants. | ) |


The deposition of JERMAINE O. JACKSON, the Plaintiff
herein, called for examination pursuant to notice and the
Supreme Court Rules as they pertain to the taking of
discovery depositions, before Aana M. Giftos, CSR, RPR,
License #084-003571, on Monday, April 14th, 2014, at
227 Northeast Jefferson Avenue, Peoria, Illinois, commencing
at the hour of 10:00 a.m.


**Exhibit 7**

Page 2

APPEARANCES:


PHILLIP BRIGHAM, ESQUIRE
Law Office of Phillip Brigham, LLC
55 East Jackson, Suite 1050
Chicago, Illinois  60604
Telephone: (312)986-0654
Email: pbrigham@phillipbrighamlaw.com
and
SCOTT T. KAMIN, ESQUIRE
Kamin Civil Rights Group
55 East Jackson, Suite 1050
Chicago, Illinois  60604
Telephone: (312)322-0077
Email: scotttkamin@aol.com
on behalf of the Plaintiff;

PETER R. JENNETTEN, ESQUIRE
Quinn, Johnston, Henderson, Pretorius & Cerulo
227 Northeast Jefferson Avenue
Peoria, Illinois  61602
Telephone: (309)674-1133
Email: pjennetten@qjhpc.com
on behalf of the Defendants.



INDEX

WITNESS:                                    Page

        JERMAINE O. JACKSON
        Direct Examination by Mr. Jennetten....    3
        Cross-Examination by Mr. Brigham.......   70
        Redirect Examination by Mr. Jennetten..   82


EXHIBITS:

        None marked.



**Page 3**

1  JERMAINE O. JACKSON,
2  the Plaintiff herein, being duly sworn, was
3  examined and testified as follows:
4  DIRECT EXAMINATION
5  BY MR. JENNETTEN:
6  Q  Would you state your full name?
7  A  **Jermaine Orlando Jackson.**
8  Q  Have you ever given a deposition before?
9  A  **No, sir.**
10  Q  I assume your attorneys have explained the process
11  to you, but I'm going to go over a few things just to make
12  sure. I'm going to ask you some questions. You've been put
13  under oath just like you would be if you were testifying in
14  a trial or something. I'm going to ask you about your
15  background, about your history, and mostly about the
16  allegation of your case against the police officers.
17  Try to answer all the questions out loud. Say
18  yes or no rather than uh-huh or huh-uh or gesturing. Those
19  don't come out very well on the transcript.
20  If I ask a question that seems unclear or if
21  you're not sure what I'm getting at, sometimes I'll get
22  talking and I'll phrase things poorly, let me know, and I'll
23  try to clarify it for you. Okay?
24  A  **Yes, sir.**

**Page 4**

1  Q  If you need a break as long as there's not a
2  question pending, just let me know, and we can always take a
3  break. Okay?
4  A  **Yes, sir.**
5  Q  Where do you currently reside?
6  A  **Peoria, Illinois, sir.**
7  Q  What's your address?
8  A  **_____.**
9  Q  Anyone live there with you?
10  A  **No, sir, myself.**
11  Q  How long have you lived at the Maywood address?
12  A  **I live there, like, now a year and a month.**
13  Q  Where did you live before that?
14  A  **_____.**
15  Q  I assume you're renting the place on Maywood?
16  A  **Yes, sir, renting.**
17  Q  Then _____, it looks like you
18  lived from September 2012 to February of 2013?
19  A  **Yes, sir.**
20  Q  And who did you live with then?
21  A  **Denise Scislowicz on _____.**
22  Q  Was that a house?
23  A  **Yes, sir.**
24  Q  Was that owned or rented?

**Page 5**

1  A  **I have no idea.**
2  Q  Is that Denise's place?
3  A  **Yes.**
4  Q  Then prior to that?
5  A  **I stayed _____, Peoria, Illinois.**
6  Q  And who did you live with there?
7  A  **My mother.**
8  Q  Her name is?
9  A  **Dorothy Dixon.**
10  Q  Now, did you live at _____ at some
11  point?
12  A  **Yes. That was before I went to jail.**
13  Q  Was that a house that you rented?
14  A  **That's a house, yes, sir. That's a house that I
15  rented.**
16  Q  Did anyone live with you on Virginia?
17  A  **My kids did, sir, my three sons.**
18  Q  What are their names?
19  A  **Jermaine Jackson, Jr;, _____,
20  _____ and Denise stayed there from -- from time to time I
21  should say.**
22  Q  So did Denise also have the house at _____
23  during that time?
24  A  **No, she didn't.**

**Page 6**

1  Q  Did she have another --
2  A  **Well, she was really staying with her mother, you
3  know what I'm saying, I assume, but at times when we was
4  getting along, she would come over _____ at times. It
5  was back and forth.**
6  Q  So she kind of lived with you off and on?
7  A  **Yes, sir.**
8  Q  How old are your kids now?
9  A  **Okay. Now, Jermaine Jackson he'll be 20, _____
10  17, _____ 15.**
11  Q  Do you have any other children?
12  A  **Yes, I do. I have two more children. I have a
13  daughter named _____, and I have another son named
14  _____.**
15  Q  How old are they?
16  A  **_____ is 15. Well, she'll be -- I mean, she'll
17  be 16 next month, and _____ will be 14 next month. He's
18  13 now.**
19  Q  And where do they live?
20  A  **They stay with their -- their mother. I don't
21  have that address. I just know where's it at.**
22  Q  What's her name?
23  A  **Cory Washington.**
24  Q  Do you know what street they live on?

Page 7

1    A    ████████.
2    Q    Back in October of 2011, at the point in time that
3  you were arrested, did you have a dog?
4    A    Yes, I did, sir.
5    Q    Just one?
6    A    One dog.
7    Q    After you were arrested, who took care of the dog?
8    A    Denise had to go to my house, like, two days later
9  to get the dog.
10   Q    You say she went there two days later.  Two days
11 after you were arrested?
12   A    After I was arrested, yeah, because when I got
13 arrested, they gave me no phone call, no nothing.
14   Q    Did somebody take care of the dog for those two
15 days or --
16   A    No.  Nobody had authority to my house.
17   Q    What about your boys who were living with you?
18   A    No.  They went to my sister when their dad didn't
19 show up at home.  They called my sister.  She came and got
20 them.
21   Q    What's your sister's name?
22   A    Shirette Williams.
23   Q    How do you spell Shirette?
24   A    S-H-I-R-E-T-T-E.

Page 8

1    Q    So the dog just got left in the house for a couple
2  of days?
3    A    Left in his cage, yes, sir.
4    Q    He was in a crate or something?
5    A    Right.
6    Q    How far did you go in school?
7    A    I went to the ninth grade, sir.
8    Q    Where did you go?
9    A    Manual High School.
10   Q    Are you currently employed?
11   A    No, sir.
12   Q    Where's the last place you worked?
13   A    CCS, Complete Cleaning Service.
14   Q    When did you work there?  From when to when?
15   A    If I'm correct, I started the first -- January of
16 2010.
17   Q    And when did that end?
18   A    It end one day before I went to jail.  So that
19 would be October the 26th.  That was my last day I worked,
20 the 26th of October 2011.  That would be 11-2011.
21   Q    Why did that end?
22   A    Because I went to jail.
23   Q    Did you try and get your job back after you got
24 out?

Page 9

1    A    Yes, I did, but it wasn't going to be right after
2  that because I had to go back to the same place that I
3  worked at and everybody see me on the news and everything
4  else.  So everybody had changed, you know, some feelings
5  about me.  So it didn't work.  I was once this cool guy and
6  now I'm a bad guy.
7    Q    Where did you work before CCS?
8    A    Before CCS, I didn't, sir.
9    Q    When you worked for CCS, what did you do?
10   A    I was more, like, something, like, a janitor
11 service.
12   Q    CCS provided janitorial services at different
13 companies?
14   A    Yes, sir.
15   Q    And did you always work at the same location?
16   A    For, like, eight months, I was at that one
17 location.  They had me at two locations.  When I first
18 started off, I was at Uftring, and then I went to Keystone
19 at Bartonville.
20   Q    So the last eight months, you were working at
21 Keystone?
22   A    Yes, sir.
23   Q    What did you do there?
24   A    Sweep, mop, dust the tables and things like that,

Page 10

1  of that nature.
2    Q    What were your hours?
3    A    My hours was from -- from 5:00 to 9:00.
4    Q    That's in the evening?
5    A    Yes, sir.
6    Q    What days?
7    A    Monday through Friday.
8    Q    Did you ever work overtime or was it pretty
9  regular?
10   A    Sometimes we have to if -- if we needed to do more
11 or if someone called in absent.
12   Q    If you worked overtime because you had more work
13 to do, would that just be staying later after 9:00 o'clock?
14   A    Right.
15   Q    Did they ever have you come in other days or come
16 in early?
17   A    No, sir.
18   Q    If you were called in to work for somebody who
19 didn't show up, that would have been from 5:00 to 9:00?
20   A    That would have been after 9:00.
21   Q    Was there another crew that came in at 9:00?
22   A    No.  There was our crew.  That was it.
23   Q    Did you ever work during the daytime between 9:00
24 and 5:00?

Page 11

1      **A   I only worked, no, sir, 5:00 to 9:00.  That's it.**
2  **If we had to buff the floors or something, then we might**
3  **stay over, things of that nature.**
4      Q   Then you would work past 9:00 o'clock?
5      **A   Right.**
6      Q   Have you ever been married?
7      **A   No, sir.**
8      Q   Has Denise Scislowicz ever been married?
9      **A   Not that I'm aware of.**
10     Q   When Detective Garner interviewed you, did you
11  tell him that Denise was married?
12     **A   Yes, I did.**
13     Q   Why did you tell him that?
14     **A   Because I didn't want her -- involve her in**
15  **something she didn't have nothing to do with.**
16     Q   When you worked at CCS, did you have a uniform?
17     **A   Yes.  I had a shirt, sir, just a shirt.**
18     Q   What did the shirt look like?
19     **A   It was a T-shirt faded with CCS right on the right**
20  **chest, heart area.**
21     Q   What color was the shirt?
22     **A   It was -- when I first got the shirt, the shirt**
23  **was, like, navy blue, but after you wear it two times, it**
24  **turn all different colors.**

Page 12

1      Q   Okay.  What did the CCS logo look like?
2      **A   It was right on the chest, the heart, right there**
3  **by the heart area, right here by the heart.  CCS right here**
4  **(indicating).**
5      Q   What color were the letters?
6      **A   I'd say gold like.**
7      Q   Who was your supervisor at CCS?
8      **A   My supervisor his name was Tomas.**
9      Q   Was there a Ms. Woodward that worked at CCS?
10     **A   Linda Woodward, she owned the company.  She wasn't**
11  **inside my building or nothing though.**
12     Q   Then Denise Scislowicz worked there as well?
13     **A   She was -- she was -- at the time I was working,**
14  **she was the office manager or whatever you call it.**
15     Q   Does she still work there?
16     **A   To my knowledge, yes.**
17     Q   Have you ever filed any other lawsuits?
18     **A   No, sir.**
19     Q   Have you ever been sued in any lawsuits?
20     **A   No.**
21     Q   Have you ever filed a work comp claim?
22     **A   No, sir.**
23     Q   Have you ever been arrested before?
24     **A   Yes, sir.**

Page 13

1      Q   How many times have you been arrested?
2      **A   I can't recall, sir.**
3      Q   Where have you been arrested?
4      **A   Mainly on the south side of Peoria.**
5      Q   Have you ever been arrested anywhere outside of
6  Peoria?
7      **A   Yes, I have.**
8      Q   Where?
9      **A   In the State of Michigan, sir.**
10     Q   When were you arrested in Michigan?
11     **A   Oh, it was between, like, 2002 -- between 2002 and**
12  **'03.**
13     Q   Did you do some time in prison in Michigan?
14     **A   Yes, I did.**
15     Q   What were you convicted of?
16     **A   Aggravated battery.**
17     Q   What was the nature of the aggravated battery?
18     **A   Domestic battery.**
19     Q   Domestic?
20     **A   Yes, sir.**
21     Q   What city was that in?
22     **A   It wasn't Detroit.  Southfield, Michigan.**
23     Q   How long were you in prison in Michigan?
24     **A   I did three years in prison, sir, in Michigan.**

Page 14

1      Q   Do you remember when you got out?
2      **A   I got out and some parole back to Peoria.**
3      Q   When were you released?
4      **A   I was, like, in -- I can't remember.  It was,**
5  **like, in 2005, 2006.**
6      Q   When was the last time you were arrested in Peoria
7  other than the 2011 one we're talking about here?
8      **A   I wasn't.  I haven't been.**
9      Q   So you've only been arrested that one time here in
10  Peoria?
11     **A   Oh, no.  Okay.  Before this incident?**
12     Q   Yes.  When was the last time before that?
13     **A   The last time before that was for traffic, driving**
14  **on suspended license.**
15     Q   Do you recall when that was?
16     **A   I don't recall.  I got, like, three or four of**
17  **those.**
18     Q   Why was your license suspended?
19     **A   Because I didn't pay a -- failure to pay a fine.**
20     Q   So you got a ticket, and you didn't pay it?
21     **A   Yes.**
22     Q   Have you ever had to serve time in Illinois
23  Department of Corrections?
24     **A   Yes, sir.**

Page 15

1  Q   When was that?
2  A   Like, 1995 or 1996.
3  Q   How long was that sentence?
4  A   I did, like, four, five months.  I was sentenced
5  to -- I can't remember to, like, a year or two in the
6  Department of Corrections.
7  Q   What were you convicted of that sent you to DOC?
8  A   Being in possession of -- being in possession of a
9  handgun.
10  Q   Is that because you were a felon in possession of
11  a handgun?
12  A   Yes, sir.  The gun wasn't, you know what I'm
13  saying, used in no crime or nothing.  It was just
14  possession.
15  Q   So I take it from that you had a prior felony
16  conviction?
17  A   Right.
18  Q   What was the prior felony?
19  A   Domestic, domestic battery, I mean.
20  Q   Do you recall when that was?
21  A   No, I don't, sir.
22  Q   Were you on probation in 2011?
23  A   No, sir.
24  Q   How long was your probation from Michigan?

Page 16

1  A   Hold on.  I'm trying to get it right now.  It was
2  one or two years.  I ain't for sure.  No more than two and
3  no less than one.
4  Q   Before the arrest in October 2011, had you ever
5  had any interactions with Detective Garner before?
6  A   Yes.  I had lots of them.
7  Q   Tell me about those.
8  A   It was -- he used to patrol the area that I lived
9  in.
10  Q   What kind of interactions did you have with him?
11  A   Chases, fights, and everything else.
12  Q   So he chased you?
13  A   Right.  By him being a police officer, yes, sir.
14  Q   Why was he chasing you?
15  A   He see a group of, you know what I'm saying,
16  people outside, and if he think you got some money on you,
17  you the ones he's going to come after.
18  Q   Why is that?
19  A   Because they take your money from you.
20  Q   So Detective Garner took money from you?
21  A   Yes, sir.
22  Q   When did that happen?
23  A   I can't recall, but it was on a regular basis.
24  Years ago though before this 2011.

Page 17

1  Q   Who else witnessed that?
2  A   The whole neighborhood.
3  Q   Who?
4  A   I can't recall, sir.  It was so many years ago.  I
5  can't recall.
6  Q   How many times did that happen?
7  A   I can't recall, sir.
8  Q   More than five times?
9  A   I'd say between -- I'd say between three and
10  10 times.
11  Q   Do you remember any witnesses who were present
12  when that happened?
13  A   Everybody was running trying to get away, sir.
14  Q   So you're not aware of any other witnesses?
15  A   No, sir.
16  Q   You said you got in fights with him?
17  A   Well, it wasn't two people fighting.  It was just
18  him with his thumb to me in my back and stick to my neck and
19  all that saying don't move.  Very rough with me though.
20  Q   Did he arrest you on that occasion?
21  A   No, no, sir.
22  Q   Why did he do that to you?
23  A   I have no idea, sir.
24  Q   Was that after you ran and he caught up with you?

Page 18

1  A   Right, yes, sir.  Yes, sir.
2  Q   What happened before you ran?  What caused you to
3  start running?
4  A   When he -- when he just saw you, it was his, you
5  know what I'm saying, the police car, we all in the field or
6  the grass standing somewhere.  Him and his police car come
7  from out of nowhere.  So I could hear it (indicating) as far
8  as him revving up his motor.  So we all take off running
9  because Garner wasn't -- he wasn't going to stop.  He going
10  to come through that crowd.
11  Q   Did you ever make a complaint at the police
12  department?
13  A   No, sir.
14  Q   Why not?
15  A   I didn't -- I guess I didn't know no better at
16  that time, and I was known -- scared of the police.
17  Q   Did Detective Garner do that to anybody else that
18  you knew?
19  A   Not offhand, sir.  Can't recall.
20  Q   Have you had any other interactions with Detective
21  Garner?
22  A   I had a lot, but it was just, you know what I'm
23  saying, mainly him chasing me, him taking my money, but it
24  was just a lot of them calls.

Page 19

1    Q   Have you ever had any interactions with Officer
2  Moore?
3    A   Oh, my goodness, yes, sir.
4    Q   When --
5    A   More than Garner.  Everyday basis almost, everyday
6  basis.
7    Q   What kind of --
8    A   This was the Harrison Homes.  Terrible beat downs
9  and taking money from me.
10   Q   When did you live at Harrison Homes?
11   A   Really for -- I'd say, like, from 1980 to, like,
12  the late '90s.
13   Q   All right.  Tell me what happened.
14   A   As far as what you mean, sir, what happened?
15   Q   When did you have the interactions with Officer
16  Moore?
17   A   Okay.  Officer Moore used to patrol the Harrison
18  Homes.  That's the projects where I lived at.  So it
19  happened every day, every day.  Every time he seen me, he
20  want to search.  He want to do it all.
21        If I don't tell him something that he want to
22  know, that's when the beating come.  If a crime happened and
23  when he see whoever or see me the same night or the next day,
24  if I don't tell him what happened, they'll come a beat down.

Page 20

1        He said if I don't -- he said if I wasn't there
2  he said I still know what happened because he say that I'm
3  very known on the street.  So I supposed to know something.
4  What he was trying to do is to make me into his snitch.
5    Q   Did you cooperate with him?
6    A   No, sir.
7    Q   So all of those happened between 1980 and late
8  1990s?
9    A   Yes, sir.
10   Q   Any witnesses to any of those incidents?
11   A   No, sir.  He will put me in handcuffs, put me in
12  his squad car, and take me -- they had a spot on Washington
13  Street or he will go to the car wash and park behind the car
14  wash, and that was when my, you know what I'm saying, beat
15  down, you know what I'm saying, begin.
16   Q   Did you ever make any complaints with the Peoria
17  Police Department about that?
18   A   No, sir.
19   Q   Did you ever go talk to the State's Attorney's
20  Office about Officer Moore, Officer Garner?
21   A   No, sir.
22   Q   Did you ever go to the Illinois State Police?
23   A   I didn't discuss this with no as far as police
24  figures.  No, sir, I didn't.

Page 21

1    Q   Did you ever report it to FBI?
2    A   No, sir.  No police figure as far as that, no, I
3  didn't, sir.  I took that, you know what I'm saying, beat
4  down and kept on going with my life.
5    Q   Did you know Mark Prins?
6    A   No, sir.
7    Q   P-R-I-N-S.
8        Let's talk about October 19th, 2011.  Do you
9  remember what day of the week that was?
10   A   Yes, sir.  I'm thinking it was on a Wednesday.
11   Q   And was that a regular workday for you?
12   A   Yes, sir.
13   Q   So you would have worked from 5:00 to 9:00?
14   A   Yes, sir.
15   Q   What time did you usually get up in the morning?
16   A   I usually get up in the morning -- I got to get
17  up, you know what I'm saying, early to fix breakfast for my
18  kids and to get them to the bus stop for school.  So I get
19  up around 5:30, 6:00.
20   Q   I assume you would have gotten up that same
21  regular time --
22   A   Yes, sir.
23   Q   -- on October --
24   A   Yes, sir.  Get my boys ready for school.

Page 22

1    Q   Just to make her life easier, wait until I'm done
2  talking before you answer.
3    A   I'm sorry.
4    Q   Everybody does it.  Don't worry about it.
5        Now, after you got your kids off to school on
6  October 19th, 2011, do you remember what you did the rest of
7  the day?
8    A   I don't remember what I did the rest of the day,
9  but I can tell you what I did because my life -- you know
10  what I'm saying, I'm like a robot.  I did the same exact
11  time every day.  When I get my kids sent off to school, the
12  first thing I do is come back home and jump back in bed.
13   Q   What time do you get up after you get back?
14   A   I get up around 11:00 or 12:00.
15   Q   Then what did you usually do after you got up?
16   A   Well, take care of my face and my teeth and
17  everything, and then I would make a phone call to see what
18  my friends doing and see if they want to play the game or
19  whatever.
20   Q   And what kind of game?
21   A   Like Playstation or something like that.  We play
22  basketball on the games.
23   Q   Do you remember what you did on October 19th,
24  2011, after you got up?

Page 23

1    A   I do the same stuff every day.  So I can't tell
2  you exactly what I did, but, you know what I'm saying, I do
3  the same thing every day.  So the same routine.
4    Q   As you sit here today, you can't recall exactly
5  what you did that day?
6    A   I can't recall it, but, you know what I'm saying,
7  I had my same routine down.  So I did the same routine every
8  day.
9    Q   Who did you play video games with?
10   A   A few of my family members, and I had a few
11  friends.  I played the video game with the males in my
12  family.
13   Q   Would they come to your house and play or would
14  you go somewhere else?
15   A   They would come to mine or if they was watching
16  their kids, I would go to their house.
17   Q   After you were arrested, did you go back and try
18  to figure out who you spent time with on October 19th?
19   A   After I was arrested, no, I didn't go back and
20  figure out who I was spending time with because, first of
21  all, they didn't tell me what crime I was being arrested
22  for.
23   Q   Do you recall anything that you did before you
24  went to work at 5:00 o'clock?

Page 24

1    A   On that day?
2    Q   On October 19th.
3    A   I never made it to work.  Oh, yeah, I never made
4  it to work on the 19th.  The 19th -- I got arrested on
5  the 21st.  Yes, sir.  I went to work.  I got off work,
6  came home to be with my kids.
7    Q   I think you were arrested on the 27th.
8    A   Right, the 27th.  My dates kind of mixed up.  I
9  have to think about it.
10   Q   The 19th was the day that --
11   A   The crime happened.
12   Q   -- the burglary happened.
13   A   I go to work.  I get off work, go spend my kid
14  time.
15   Q   Now that we've cleared that up, do you remember
16  anything in particular that you did on October 19th?
17   A   I can tell you what I did.  I went to work at
18  5 o'clock.  I got off at 9:00, and I came home to attend to
19  my kids, my children.
20   Q   You don't remember anything in particular that you
21  did between, say, 11:00 and 5:00?
22   A   Played the game.
23   Q   Do you remember who you --
24   A   Daily routine, daily routine.

Page 25

1    Q   Do you remember who you played video games with on
2  the 19th?
3    A   No, sir.  And I'm starting to remember now --
4  right.  I was doing some work for the job.  They had -- you
5  know what I'm saying, I went in to take food to the job, the
6  19th.
7    Q   Tell me what you did.
8    A   Okay.  I left my house.  Before I left my house, I
9  called Denise to ask her was she hungry, and she said sure.
10  I said, Do you want some Smo-King Pit?  She said sure.  So I
11  called immediately after I got off the phone with Denise.
12  Not even five seconds later, I was on the phone with the
13  Smo-King Pit to order our food.
14   Q   And did you call the Smo-King Pit from your cell
15  phone?
16   A   From my cell phone, yes, sir.
17   Q   What was that phone number?
18   A   I don't know it by heart, but I do have it still
19  saved in my phone because that's my favorite restaurant.
20   Q   Do you remember your phone number?
21   A   My phone number at the time, yes, sir, 669-7623.
22   Q   That's the phone you used to call the Smo-King
23  Pit?
24   A   Yes, sir, as soon as I got off the phone with

Page 26

1  Denise.
2    Q   Then what did you do after you placed the order?
3    A   I got ready and left the house and went straight
4  to the Smo-King Pit.
5    Q   Where is the Smo-King Pit?
6    A   It's located inside the Northwoods Mall.
7    Q   I assume you went and picked up the food?
8    A   Yes.  Then -- then when I got to the Smo-King Pit
9  which is inside the mall, I waited behind, like, two
10  customers.  And when my turn to get my pickup delivery, I
11  paid cash, and I went from the Smo-King Pit and went right
12  to Pioneer Parkway.
13   Q   To the CCS office on Pioneer Parkway?
14   A   Yes, sir.
15   Q   And that's where Denise worked?
16   A   Right.  And to inform you before I left the
17  Smo-King Pit, I called Denise on my cell phone and told her
18  that I was on my way, and when I got off the phone with
19  Denise, I was still leaving from the mall going back to my
20  vehicle, then I called a female by the name of, you know
21  what I'm saying, Candace Brown, and I talked to her all the
22  way until I made it where Denise was at on Pioneer Parkway.
23  That's the main office for CCS.
24   Q   Who is Candace Brown?

4/14/2014

## Page 27

1      A  She was a lady friend of mine.
2      Q  Your girlfriend or just a friend?
3      A  A friend.
4      Q  Do you recall her phone number?
5      A  No.  I don't recall her phone number.
6      Q  Where does she live?
7      A  Right now, I have no idea.
8      Q  Where did she live in 2011?
9      A  She stayed at -- in 2011, she stayed in the
10      ███████████.
11      Q  When you worked at CCS, when did you get paid?
12      A  When did I get paid?  It was on the 5th and the
13  20th, every two weeks.  Check days, the 5th and the
14  20th.
15      Q  So twice a month?
16      A  Yes, sir.
17      Q  So when you took food out to Denise, did you take
18  food for anyone else?
19      A  No, sir.  It was just for me and Denise.  I can
20  remember exactly what we ordered, tips and fries.  That's
21  what we always get.
22      Q  You can't go wrong there.  The day that you took
23  the food out to Denise in October of 2011, was that a
24  payday?

## Page 28

1      A  No, it wasn't.  It was one day before payday.
2  That's why she couldn't leave the office to go get her food
3  because she had to get all, you know what I'm saying,
4  everything ready for payday the very next day.
5      Q  After you took the food out there, the two of you
6  ate lunch together?
7      A  We ate lunch together, yes, sir.
8      Q  How long were you there?
9      A  I was there at least an hour.  I'd say no less
10  than an hour, assumingly -- I'd say between an hour and
11  15 minutes.
12      Q  What did you do after you left there?
13      A  And then as soon as I left the CCS office, I went
14  back to my vehicle, got inside the vehicle.  I immediately
15  called, you know what I'm saying, Candace on my phone, and
16  then I drove straight home from there.  The whole time, you
17  know what I'm saying, when I was driving home, I was on the
18  phone with Candace.
19      Q  How long did it take you to drive from home to the
20  CCS office?
21      A  I'd give it a good 20, 25 minutes, depending on
22  traffic.
23      Q  Then after you got home, what did you do?
24      A  After I got home, it was close for me, and I

## Page 29

1  stayed there, you know what I'm saying, I played my game
2  because one of my friends supposed to came over, but he
3  never showed up.  So I was getting, you know what I'm
4  saying, warmed up on the game before he got there.
5      Q  Did you see anyone else before you went to work?
6      A  Did I see, no, sir.  Because as soon as I left the
7  house that morning, I went to the Smo-King Pit, then to --
8  then to CCS.
9      Q  So after you got home from taking lunch out to
10  Denise, you were home by yourself until you went to work?
11      A  Yes.  But the whole time, I was on my cell phone.
12      Q  After you got home?
13      A  When I left CCS office, I was on my cell phone.  I
14  left CCS office, went to my vehicle.  When I got in my
15  vehicle, I started up my vehicle, talked on the phone to
16  Candace.
17      Q  After you got home when you were playing video
18  games, did you talk to anybody while you were at home?
19      A  You know what I'm saying, I was on my phone the
20  whole time.
21      Q  With who?
22      A  I can't recall, but I do know I was on the phone
23  with Candace for a very long amount of time because we used
24  to talk on the phone for hours and hours and hours a day.

## Page 30

1      Q  Now, Mr. Heinz was burglarized at his house on
2  October 19th?
3      A  Yes, sir.
4      Q  And you don't deny that happened?
5      A  Right.  I don't deny that happened.
6      Q  Okay.  Have you ever talked to Mr. Heinz?
7      A  Never in my life.
8      Q  Have you talked to any officers who were involved
9  in that other than Detective Garner?
10      A  No, sir.  That's the only person I spoken with
11  about the crime during my interrogation, and there was a
12  black female detective in there, but she didn't say not one
13  word.  So, mainly, I talked to Detective Garner.
14      Q  Do you know Larry Hughes?
15      A  I do know of him now, but when this was going on,
16  no, sir.  You know what I'm saying, he was inside the
17  bullpen.
18      Q  You met him in the bullpen?
19      A  Right.  At the Peoria, you know what I'm saying,
20  courthouse when you waiting to go in front of the judge.
21      Q  Did you talk to him about the crimes?
22      A  No, sir.  He came to me when he seen me in the
23  bullpen.
24      Q  What did he say?

Page 31

1    A  Do you want his exact words or --
2    Q  Yes.
3    A  Okay.  He said, Man, they still got you in here?
4        So I looked at him, and I said, Man, what are
5    you talking about?
6        He said, Man, that's fucked up, man.  They
7    still got you in here.  Man, I seen you on the news, you know
8    what I'm saying, for the home invasion.
9        So I told him to mind his business.  He said,
10   Man, you know what I'm saying, I know everything what happened
11   because they got me and you charged for the same case, the
12   crime, he said.
13   Q  So he thought he was being charged for the same
14   thing that you were?
15   A  That's what he said because he said he seen me on
16   the news and all that.  He was, like, he can't, you know
17   what I'm saying, believe they still, you know what I'm
18   saying, got me in there.
19   Q  Did he say anything else about it?
20   A  Yeah.  When he told me I can't believe they got
21   you in there, I said, What you talking about?
22       Then he knew all about the crimes.  And I said,
23   Well, would you like to talk to my attorney and the State's
24   Attorney?

Page 32

1        He said, Sure.  So he talked to my attorney and
2    they separated us.
3    Q  Did you ever talk to Mr. Hughes again?
4    A  No, sir.
5    Q  Do you know Michael Ralph?
6    A  No, sir.
7    Q  Was Mr. Hughes at the Peoria County Jail the same
8    time as you?
9    A  Yes, sir.
10   Q  Did you guys ever get a chance to talk at the
11   jail?
12   A  No, sir.  You can't -- the Peoria County Jail is
13   set up where you is in one pod with, like, 15 to 20 people,
14   and that's all you see.
15   Q  He was in a different pod?
16   A  Right.
17   Q  Do you know where Heritage Inn is?
18   A  Yes.  I do know where that's at, sir.
19   Q  Have you ever been there?
20   A  Yes, I have.
21   Q  Were you ever there in October of 2011?
22   A  No, sir, none that whole year.  I used to go out
23   there years before that.
24   Q  Did you know someone who was living there?

Page 33

1    A  No, sir.
2    Q  What would you have been doing there?
3    A  Renting a room.  My friends, you know what I'm
4    saying, they'll rent a room and they had a party out there.
5    So I went to the party, and that was in the '90s.
6    Q  Now, the officers from the police department, you
7    know, worked on investigating the burglary at Mr. Heinz'
8    house for the next few days.
9        Other than your interview with Detective
10   Garner, have you heard anything else about that investigation
11   from anyone else?
12   A  Okay.  I didn't understand that.
13   Q  I don't blame you.  I understand you -- there was
14   obviously a police investigation of the burglary at
15   Mr. Heinz' house.  You understand that?
16   A  Right.
17   Q  I know you talked about that with Detective
18   Garner?
19   A  Right.
20   Q  And I assume you talked about that with your
21   criminal defense attorney?
22   A  Yes, sir.
23   Q  And I don't want to know anything he told you.
24   And for right now, I don't want to know anything that

Page 34

1    Officer Garner talked to you.  I'll get to that later.
2    A  Okay.
3    Q  Have you talked to any other police officers or
4    anyone else about that police investigation?
5    A  As -- no, I haven't.  Just with Detective Garner.
6    Q  Your complaint alleges that a witness,
7    Mr. Bullock, was initially shown some black and white
8    photographs which included a picture of Michael Ralph.
9        Do you know where that information came from?
10   A  As far as to my knowledge, it came from the -- no,
11   I don't.
12   Q  I assume on October 20th, you would have gone in
13   and picked up your paycheck?
14   A  Right.
15   Q  Do you remember anything else in particular you
16   did that day?
17   A  No, sir.
18   Q  Now, on October 27th, I understand that you
19   called Police Officer Jason Leigh?
20   A  Yes, sir.
21   Q  Tell me how that came about.
22   A  Okay.  You know what I'm saying, I was informed
23   through my sister and through, you know what I'm saying,
24   through, you know what I'm saying, relatives that Detective

Page 35

1  Leigh wanted to speak with me about my son.
2        That was when I made a phone call to Detective
3  Leigh, and he asked me would I rather come today or would you
4  rather come tomorrow.  So when I informed him where if you
5  want me to come tomorrow, I can't, but I can come right now as
6  well.  He said, okay, you can come right now.  So that's when
7  I went to the Peoria police station.
8     Q   What is your sister's name?
9     A   Shirette Williams.
10     Q   And how did she find out that Officer Leigh wanted
11  to talk to you?
12     A   Because he came to her house looking for my son.
13     Q   Did he tell her why he was looking for your son?
14     A   Nope.  Just for me to contact him, and before, you
15  know what I'm saying, I could contact him right after I got
16  off work they already had my son in custody.  So that's why
17  I called down there to find out what was going on and to see
18  why he wanted to speak with me.
19     Q   Which son was that?
20     A   Jermaine Jackson, Jr.
21     Q   So when you called Officer Leigh, they already had
22  Jermaine in custody?
23     A   Right.  Yes, sir.
24     Q   Did he tell you that?

Page 36

1     A   To my knowledge, I already knew he was in custody.
2     Q   How did you know that?
3     A   Because I guess when my son got, you know what I'm
4  saying, locked up, he called my sister.
5     Q   What time did you go down to talk to Officer
6  Leigh?
7     A   I can't recall, but it was between the time of
8  3:00 and 4:00 because I had to be at work at 5:00.
9     Q   And where did you go when you got to the police
10  station?
11     A   I went inside the police station, and I went to
12  the front desk and told the person behind the desk who I was
13  and told her that I was there to speak with a Detective
14  Leigh, and she told me to have a seat.
15     Q   Then what happened after that?
16     A   Around 10 minutes later, Detective Leigh he -- he
17  came out and, you know what I'm saying, I followed him
18  through the Peoria police station building, and we went to
19  an interview room with camera.
20     Q   All right.  Then what happened after you were put
21  in the interview room?
22     A   I spoke with Detective Leigh.  I can't remember
23  for how long, but I know it wasn't no more than, you know
24  what I'm saying, 30 minutes, just assuming.

Page 37

1        And when our conversation was over, he told me
2  to hold because when he got up he -- we shook hands, you know
3  what I'm saying.  I was fit to walk out the door behind him,
4  and he told me to have a seat because there's another
5  detective who wanted to talk to me.  So then I, you know what
6  I'm saying, sat back down.
7     Q   What did Detective Leigh and you talk about for
8  30 minutes?
9     A   He wanted to talk to me about some burglaries
10  which, you know what I'm saying, he said my son had admitted
11  to.
12     Q   What was he asking you about?
13     A   And he wanted to know why didn't I -- why because
14  my son, you know what I'm saying, also admitted to Detective
15  Leigh that he broke into, you know what I'm saying, my
16  house, his own, you know what I'm saying, on numerous
17  occasions, you know what I'm saying, three times all
18  together.  And he wanted to know why I didn't file a police
19  report, and he wanted to know if I had something to do with
20  my son doing all them burglaries.
21     Q   And what did you tell him?
22     A   I said, no, sir.
23     Q   Was your son involved in committing some
24  burglaries?

Page 38

1     A   Yes, he was.
2     Q   Was he convicted in those?
3     A   He, you know what I'm saying -- basically I --
4  Detective Leigh said he got tired of.  He wanted to come
5  clean.  So he told them everything he did as far as the
6  burglaries, which house he broke into, and things of that
7  nature.
8     Q   Then was he still a juvenile at the time?
9     A   No, sir.
10     Q   Then did he get some criminal charges because of
11  that?
12     A   Yes, sir.
13     Q   And what was --
14     A   He was charged with, you know what I'm saying,
15  burglaries.
16     Q   And what was the result of those charges?
17     A   The result of them charges he got boot camp for
18  them, DOC.
19     Q   Did Detective Leigh indicate that your son had
20  implicated you --
21     A   Yes.
22     Q   -- somehow?
23     A   Yes.  He said my son implicated me and my other
24  little son which he also found out that it wasn't true.

Page 39

```
 1      Q   How did he find that out?
 2      A   Because, you know what I'm saying, once he talked
 3  to, you know what I'm saying, my other son and he talked to
 4  me and he seen the time that these crimes happened and all
 5  that stuff, so he knew.  There was no further investigation
 6  because there's no way I could have been having him to do
 7  this or been with him to do this or whatever.  You know what
 8  I'm saying, my son was, you know what I'm saying, saying,
 9  you know what I'm saying, that I did.
10      Q   So during the time that Detective Leigh was
11  interviewing you, you were not under arrest?
12      A   No, sir.
13      Q   You were just in there talking to him?
14      A   Yes, sir.
15      Q   Then he asked you to stay and talk to a Detective
16  Garner?
17      A   He didn't say talk to Detective Garner.  He told
18  me to have a seat, and there's another detective who would
19  like to speak with me in his exact words.
20      Q   Then you sat down?
21      A   And I sat down --
22      Q   Okay.  How long --
23      A   -- and waited.
24          I can't tell you how long I waited whether it
```

Page 40

```
 1  was awhile, a long time.  And then Detective Garner and the
 2  black detective lady came in.
 3      Q   And what did they say when they came in?
 4      A   The, you know what I'm saying, female officer
 5  didn't say nothing.  It was just Garner when he came in he
 6  seen me.  He had a huge smile on his face and started, you
 7  know what I'm saying, shaking his head like this at me
 8  (indicating).
 9          So I gave him, you know what I'm saying -- so I
10  gave him a smile back, like, what's going on.  That's when he
11  slammed Clarence Heinz picture down in front of me and said
12  have you seen him before.  I slid it back.
13          I said, Man, I'm not going to go through this
14  with you.
15          And then he started, you know what I'm saying,
16  telling me what happened.
17          I said, Oh, man, I didn't -- don't know
18  nothing.
19          And then he kept saying, Where was you at two,
20  three, you know what I'm saying, Wednesdays ago.  He never
21  gave me -- he never gave me no specific date.  He never gave
22  me no specific time or none of that.  He kept wanting to know
23  where I was two or three Wednesdays ago.
24      Q   When he came in first, did they give you a Miranda
```

Page 41

```
 1  waiver?
 2      A   I can't recall, but I do know I signed one though
 3  because I didn't have nothing to hide.
 4      Q   Then you talked to him --
 5      A   Yes, sir.
 6      Q   -- about that?
 7          All right.  Had he asked you what you had been
 8  doing the previous Wednesday?
 9      A   No, sir.  That was not his question.  He said,
10  Where was you at two or three Wednesdays ago?  That was his
11  exact words, sir.
12      Q   What was your exact response?
13      A   I couldn't recall off the top.  Then he kept
14  pressuring and kept pressuring.  I said, oh, because my
15  daughter game was on the Thursday.  I said I was at the mall
16  Wednesday picking up my daughter some shoes.  When I left
17  the mall, I took my, you know what I'm saying, daughter's
18  shoes to her school.
19      Q   And did you tell him that when you went to the
20  school you had to sign in there?
21      A   I told him all of that, yes, sir.  And he went out
22  there and found out I was telling him the truth.
23      Q   And Denise went with you to buy the shoes?
24      A   No, sir.  Denise -- I called Denise, and she met
```

Page 42

```
 1  me at the mall, and we bought my daughter's shoes.  Denise
 2  went back to work, and from there, I went straight to my,
 3  you know what I'm saying, daughter's school and dropped my
 4  daughter's off.  You have to go to the -- where the office
 5  first.  You have to be buzzed in at the front door of her
 6  school.
 7      Q   And what was the story about the shoes?
 8      A   The story about the shoes?  What do you mean by
 9  that?
10      Q   At the mall, what was the name of the store where
11  you bought the shoes?
12      A   Champs.
13      Q   And how did you pay for the shoes?
14      A   With a credit card.
15      Q   That was Denise's credit card?
16      A   Yes, sir.
17      Q   Do you recall what time you went to the shoe
18  store?
19      A   I don't remember, sir, but her receipt that she
20  gave Detective Garner should have all that on there.
21      Q   When Detective Garner interviewed you about it,
22  did you tell him that you went there between 10:00 o'clock
23  and 2:00 o'clock?
24      A   I probably did.  I can't remember.
```

Page 43

1    Q   Your daughter went to Rolling Acres?
2    A   Yes, sir.
3    Q   It's my understanding that the receipt showed that
4  you went to buy those shoes on the 13th.
5    A   And that fall on a Wednesday, right?
6    Q   That's a Thursday.
7    A   No, sir. It's a Wednesday. I'm positive,
8  positive, or it could have been -- I'm trying to think when
9  was her first game, a Wednesday or a Thursday. That's when
10  I had to take her shoes to the school.
11    Q   Was it the day of the first game?
12    A   Yes, sir. She had to have her shoes before the
13  game. It was a Wednesday or a Thursday.
14    Q   If the receipt says it was October 13th, you
15  wouldn't disagree with that?
16    A   I wouldn't -- the receipt right. I'm assuming it
17  could have been on a Wednesday, but it probably could have
18  been on Thursday, but I'm assuming Wednesday.
19    Q   Did you tell Detective Garner anything else about
20  what you'd been doing --
21    A   No, sir.
22    Q   -- on the day --
23    A   On the day of what?
24    Q   On October 19th when the burglary happened?

Page 44

1    A   No, sir, because he never told me -- he never, you
2  know what I'm saying, asked me for the date of October the
3  19th. He asked me about the date of October the 9th, and
4  I couldn't remember back that far.
5    Q   Then after you had the discussion with him, did he
6  tell you you were under arrest?
7    A   No, sir, he didn't.
8    Q   Were you arrested at the end of that interview?
9    A   At the -- yes, sir, I was arrested at the end,
10  end. They left to go -- you know what I'm saying, I don't
11  know what they went to go do, but he was gone for a numerous
12  amount of time, and then he came back and I was arrested.
13    Q   How long did he and the other detective talk to
14  you?
15    A   For a very long -- they would leave. They would,
16  you know what I'm saying, come back in. They would leave.
17  They would come back in, leave, and come back in.
18    Q   Do you remember -- I assume that you were taken to
19  the jail from the police department?
20    A   Yes, sir.
21    Q   Do you know approximately what time that was?
22    A   It was late at night. I have no idea, sir.
23    Q   Did you tell him that your nickname was Crazy J?
24  Did that come up?

Page 45

1    A   I told him -- no. You know what I'm saying, he
2  didn't even ask me that. He know that's what he call me.
3  That's what my family used to call me when I was younger.
4    Q   How did you get that nickname?
5    A   You know what I'm saying, my family gave that to
6  me because I used to like to run into walls. I used to like to jump
7  off high things and stuff like that, jump off the bunk beds
8  and things like that.
9    Q   Okay. Now, it's my understanding that Mr. Heinz
10  and the witness Mr. Bullock identified you from a photo
11  spread earlier in the day on the 27th.
12        Do you know anything about the identification?
13    A   I don't know nothing about that. I didn't even
14  know I was picked out of no photo lineup. I didn't know why
15  I was being questioned for that crime or nothing else.
16    Q   Have you ever talked to Mr. Bullock?
17    A   Never in my life, never.
18    Q   When you were living at the house on Virginia, did
19  you have some kind of an alarm system?
20    A   Yes, sir, I did.
21    Q   Tell me about that alarm system.
22    A   It's on my wall, the keypad, and if you made entry
23  through a door or a window with the alarm turned on, it will
24  go off.

Page 46

1    Q   When you say it goes off, what does it do?
2    A   Make a loud siren noise.
3    Q   So is this something that you would have to set
4  when you left the house?
5    A   Yes, sir. And when you come back in, you have to
6  turn it back off.
7    Q   Okay. So it will, like, beep for 30 seconds or
8  something?
9    A   Right.
10    Q   If you don't put the code in in time, it goes off?
11    A   It goes off.
12    Q   Is that connected to any service or anything?
13    A   No, sir. It was, but, you know what I'm saying,
14  the bill wasn't paid, but they turned it off. But the alarm
15  still go off, but it just won't go to the people that, you
16  know what I'm saying, put the alarm system in.
17    Q   So it doesn't call the police --
18    A   Right.
19    Q   -- or the alarm company?
20    A   Right. But the whole neighborhood will hear this
21  siren going off.
22    Q   You've alleged that some of the officers were at
23  your house and set off that alarm?
24    A   Yes, sir.

Page 47

1    Q   Tell me what you know about that.
2    A   Okay.  From as far as to my knowledge when that
3    happened, okay, well, the neighbor, my nextdoor neighbor,
4    told my family and told my mother and my sister and told
5    Denise as well that when my -- she seen the two detectives
6    which is Detective Garner and Detective Timothy Moore pull
7    up in front of my house.  So she started watching, and she
8    seen them enter my house.  And that was when the alarm
9    started going off.
10   Q   What's your neighbor's name?
11   A   I do not recall, sir.
12   Q   Which neighbor was it?
13   A   It was -- you know what I'm saying, I stayed 1012
14   just like me and my attorney here.  I stayed here.  She
15   stayed right here, and our house is, like, this close
16   together.  We got, like, that much walkway through our house
17   (indicating).
18   Q   If you're standing in front of your house looking
19   at the front of your house, is it the house immediately to
20   the right?
21   A   To the right, yes, sir.
22   Q   Can you describe your neighbor?
23   A   Yes, she's a handicapped.  She got -- she have a
24   wheelchair ramp.  She have one leg.

Page 48

1    Q   White, black?
2    A   White.
3    Q   How old?
4    A   She's -- she's a lot -- if I have to assume right
5    now how old she is, I got to give her in her 50s, 60s.
6    That's just assuming though.  I don't know.
7    Q   When did she say the alarm was tripped?
8    A   As soon as the police went in the house.  She said
9    a few seconds later, the alarm went off.
10   Q   Did she say what day?  What time of day?
11   A   That's all in the police report.  You know what
12   I'm saying, I was incarcerated while this was going on.
13   So --
14   Q   You heard about it from your family members?
15   A   Yes, sir.
16   Q   And they heard about it from the neighbor?
17   A   Right.
18   Q   Who were your family members who talked to the
19   neighbor?
20   A   Okay.  My mother, Dorothy Dixon; my sister,
21   Shirette Williams; and my friend, Denise Scislowicz.
22   Q   So if you were arrested on the 27th, you said
23   Denise went in two days later to get your dog?
24   A   I think she went in on a Saturday or a Friday.

Page 49

1    Q   Was it two days after you were arrested to get the
2    dog?
3    A   To my knowledge, yes.
4    Q   Obviously, you weren't there?
5    A   Exactly.
6    Q   That's what she told you, I assume?
7    A   Right.
8    Q   It's my understanding that the officers came and
9    talked to Denise the morning of October 29th.
10       Has she told you anything about that?
11   A   Oh, yes.  She told me that they came and spoke
12   with her and asked her if they get a search warrant was she
13   let them inside the house, and she told them yes.
14   Q   Did she tell you anything else about the
15   conversation that she had with them?
16   A   Not that I can recall.  There was a whole bunch of
17   stuff going on.  So --
18   Q   Did she tell you whether they searched her house?
19   A   Yes.  She told me that they searched -- they asked
20   her for permission to search her house, and she told them
21   yes because they were aware that she came and got the dog
22   from my residence.  She let them search.
23   Q   Then later that day, they got a search warrant,
24   and she let them in to search your house?

Page 50

1    A   Right.  Right after they was already in there
2    without the search warrant.
3    Q   Did she tell you anything that went on while they
4    were executing the search warrant?
5    A   No, sir.
6    Q   Was she there when they --
7    A   I have no -- if she had to let them in, I'm
8    assuming she was there.
9    Q   Do you know if she let them in or she gave them
10   the key and let them --
11   A   She let them in.  That's what I'm assuming.  I
12   don't know.  Like I say, I was incarcerated.  So --
13   Q   That's your understanding though based on your
14   conversation with her?
15   A   As far as what I can remember.
16   Q   Did they take anything from your house that you're
17   aware of?
18   A   Yes.  They took my work T-shirt that we wear when
19   we go to work.  They took my prescription eyeglasses, and
20   they took the prescription from the doctor's, you know what
21   I'm saying, about my eyeglasses.
22   Q   Did they take anything else?
23   A   Not from my house, but they took some stuff off my
24   person downtown at the police station.

Page 51

1    Q   What did they take from your person?
2    A   Okay.  They took my keys.  They took my cell
3  phone, and they took my blue tooth.
4    Q   What's your blue tooth you're talking about?  The
5  earpiece?
6    A   Right.  I did not know they had my keys, you know
7  what I'm saying, until further on though.
8    Q   Do you know when Denise and your family talked to
9  the neighbor?
10    A   No.  I do not, sir.  The only thing I can tell you
11  is that the police was called, and they went as -- the two
12  detectives inside my house.
13    Q   Do you know who called the police?
14    A   I think it was my neighbor, but I'm not for sure.
15  I don't know.  I don't know who called them.  Somebody
16  probably heard the house alarm going off and called.  I
17  don't know.
18    Q   You were never charged with any of the other home
19  invasions?
20    A   Off the top, yes, sir.  I was charged with a
21  string of home invasions and armed robberies.  I think it
22  was, like, six or seven home invasions.  I'm not for sure,
23  but that was my arresting charge before I got indicted.
24  When I got indicted, I was just on one home invasion and

Page 52

1  robbery and stuff like that.
2    Q   So when you were initially arrested, you believe
3  you were arrested for six or seven?
4    A   Home invasions and robberies and car jackings.
5    Q   And when the grand jury indicted you, they just
6  indicted you for the one --
7    A   Right.
8    Q   -- with Mr. Heinz?
9    A   With Mr. Heinz, yes, sir.
10    Q   When you talked to Mr. Hughes in the bullpen, did
11  he mention Mr. Heinz specifically?
12    A   No, he didn't.  He didn't admit to no victim name.
13  He was still just wondering what am I doing in here still.
14  He didn't say nothing about no victims.
15    Q   Did he talk about the address on █████
16    A   He didn't talk about none of that.  He was just,
17  like, they charging us with the same crime.  Then he got to
18  saying, Man, I know everything.  I'm, like, Oh, yeah.
19        He said, Can I talk to your attorney?  And I'm
20  like, Yeah.  And you need to talk to the State's Attorney,
21  too.  You know, so -- then I told my attorney -- my attorney
22  talked to him.  My attorney went to go talk to State's
23  Attorney, and then the next thing I know, me and Larry Hughes
24  being separated.  That was the last time I seen him or talked

Page 53

1  to him.
2    Q   Was Linda Woodward at the office when you took
3  lunch out for Denise?
4    A   To Denise, yes, she was, sir.  She was sitting
5  behind her desk.
6    Q   Did you talk to Ms. Woodward at all before your
7  trial?
8    A   Yes, I did.  Yes, I did.  The whole time we all
9  was in conversation and, you know what I'm saying, me and
10  Denise was eating, and she kept saying how -- Woodward was
11  saying how, you know what I'm saying, good the food.  She
12  wished she could eat it and all that stuff.
13    Q   After you were arrested while you were in jail,
14  did you talk to Ms. Woodward at all?
15    A   Ms. Woodard, no, never, never, not once.
16    Q   While you were in jail, did you talk to Denise?
17    A   Yes, I did.
18    Q   How many times did you talk to her?
19    A   I can't tell you.  It was a lot.  I had to have
20  somebody to talk to.
21    Q   There was a conversation that was recorded that
22  came up at your trial?
23    A   Yes, sir.
24    Q   And what was the discussion in that conversation?

Page 54

1    A   It was a lot of phone calls that came up, you know
2  what I'm saying, at my trial.  So I need to know which one
3  you're talking about because I don't know.
4    Q   I think there was one that they played during the
5  trial.
6    A   They played, like, three or four during my trial,
7  but I don't know.  That's why I said, if you can tell me
8  which one you're talking about, you know what I'm saying,
9  that way I can tell you what the conversation was about.
10    Q   I don't have the recording yet.  So I don't know.
11  That's why I'm asking.
12    A   Well, man, I'm just going to assume what you're
13  asking.  You might be assuming about the watch I told Denise
14  did she get.  But the thing is if you check the time they
15  gave me my first phone call it was after my house had been
16  raided.
17        So once I finally got my first phone call from
18  Thursday to Saturday, I finally got a phone call Saturday, you
19  know what I'm saying, finally fed me something to eat
20  Saturday, so once they did give me my phone call the first
21  person I called was Denise.  And she told me that my house had
22  been raided by the Peoria Police Department.
23        I said, Well, did you go get all my stuff out
24  the house?  I said, Did you get my watch and stuff because

## Page 55

1  that come from a person that I would never get rid of that
2  watch.
3              And she said, Yes.  They had the watch on the
4  top of your bed.  All the jewelry that was -- that's mine they
5  left, and she went in after they got finished raiding my
6  house, and now is when she got my belongings then out of the
7  house once they then raid it.  That was that phone call was
8  about.  Then when a judge seen the time and the time I called
9  Denise and the time he raided --
10     Q   What was the watch that you were talking to Denise
11  about?
12     A   It was a Citizen's watch.  A watch she had to
13  bring into court and the watch that the detectives seen, the
14  watch that they put back on my bed.
15     Q   Can you recall what other conversations came up
16  during your trial?
17     A   It was just a whole lot of, you know what I'm
18  saying, nonsense, how, you know what I'm saying, about me
19  smoking pot and drinking.  That's about -- you know what I'm
20  saying, nothing to do with the case.
21     Q   Did Detective Garner tell you anything about the
22  Clarence Heinz burglary that we haven't talked about?
23     A   No.  He wouldn't even tell me what date this
24  happened on.  He just kept saying on the Wednesday.  Then he

## Page 56

1  told me it happened on October 9th.  So I couldn't even
2  think where I was October 9th.
3              I knew if it happened on a Wednesday or
4  whatever, what he said on a Wednesday, I knew I was at work
5  because I go to work Monday through Friday.  But he would
6  never give me no specific date.  The only time he gave me a
7  date was when he said October the 9th.
8              And I said, The 9th.  I'm like, What day it
9  fall on?  You know what I'm saying, I was at work.  You know
10  what I'm saying, I didn't know, you know what I'm saying,
11  nothing about the 19th until I got indicted.
12     Q   Did you ever talk to a Detective Moore about the
13  case with Mr. Heinz?
14     A   To Moore, no, sir.  He never questioned me.  He
15  never talked to me, nothing.  I never seen him, but I do
16  know who he is though, but he was not in the interview room
17  or, you know what I'm saying, nothing else.
18     Q   In October 2011, did you have just the one cell
19  phone or did you have more than one?
20     A   I had one cell phone, and they still have that
21  cell phone.
22     Q   Are you claiming that you suffered from any mental
23  health injuries or emotional injuries?
24     A   Yes, I have.

## Page 57

1  Q   Tell me about those.
2  A   Man, I was thinking about, you know what I'm
3  saying, killing myself.  I talked to the psych in the Peoria
4  County Jail.  My kids wasn't doing what they was supposed to
5  be doing because it was just so much stuff going through my
6  mind, and man, I didn't know what to do.
7              I'm talking about the fights.  I had a fight
8  almost every day because people think I done robbed the old
9  man, all kind of stuff.  I had to defend myself.  The worst
10  time of my life.  I can tell you that.
11  Q   So you got in some fights at the jail?
12  A   Man, yes, sir.
13  Q   Do you recall who you got in fights with?
14  A   One name was Torlando McDonald, and I don't know
15  the other guy's name.  But the guards at the county jail is
16  well aware of it, each fight because they put everything
17  down.  And each fight started because I robbed an old man.
18  They always punch first.  So I didn't have no choice but to
19  defend myself until the guards came.
20  Q   Did those guys get punished?
21  A   Yes.  They got -- they say them guys got put in
22  segregation.  You go to segregation for a fight, but the
23  thing was I have to go to segregation, too.  So --
24  Q   How many times did you get put in segregation?

## Page 58

1  A   I don't recall, sir.  I was in jail for real close
2  to a year.  Can't recall.
3  Q   Like once a month, three times?
4  A   I'd say, yeah, once a month or something.  15 days
5  in your cell.
6  Q   When they put you in segregation, how long would
7  you be in?
8  A   The longest I'd say is 15 days, no coming out the
9  cell.  In your cell 15 days straight.  And they knew -- they
10  know that I didn't start it because they do have, you know
11  what I'm saying, cameras out there.  They can watch the
12  whole -- they can rewind and watch the whole thing, but I'm
13  still going to segregation.
14  Q   Are you involved with any street gangs?
15  A   No, sir.
16  Q   Your kids involved with any?
17  A   Not that I'm aware of.  Don't tolerate it.
18  Q   You said you talked to a mental health counselor
19  at the jail?
20  A   Yes, sir.
21  Q   Who did you talk to?
22  A   I don't recall his name, but they have one male
23  and one female, you know what I'm saying.  I talked with the
24  male.

Page 59

1   Q   Did you talk to any of the medical staff, the
2   nurses or just the mental health?
3   A   Just the mental health.
4   Q   And what did you talk to them about?
5   A   I didn't know what to do.  I needed some help or I
6   was going to kill myself.  I didn't know nothing.  I was
7   facing life for something I didn't do, and then you got them
8   offering me, you know what I'm saying, all this time for
9   something I didn't do.  So I didn't know what else to do.
10  I'm being punched in my face every day.  So what else can
11  they do for me?  Go ahead and die, right?
12  Q   How many times did you meet with the counselor?
13  A   Just once.
14  Q   Did they prescribe any medication for you or
15  anything?
16  A   No.
17  Q   Did you ever try to commit suicide?
18  A   No.
19  Q   Did you ever formulate a plan on how to do it?
20  A   Yes, plenty of times.
21  Q   What was your plan?
22  A   Man, as soon as -- as soon as the person, we call
23  them roommates, cellies, as soon as he go to the bathroom or
24  he go to sleep, I'm going to hang myself.  Have I tried?

Page 60

1   Yes.  But the shirt wasn't strong enough, the thing they
2   give you wasn't long enough.
3   Q   When did you try?
4   A   I don't know the exact date, but, you know what
5   I'm saying, tried twice.
6   Q   What happened?
7   A   The shirt that you purchase off the commissary
8   it's not long enough.  I'm 6-2 and the bunk bed's probably
9   come to my stomach.  So --
10  Q   Since you got out of jail, have you had any mental
11  health treatment?
12  A   No.
13  Q   Have you talked to anybody else like a pastor,
14  anything else as a kind of counselor?
15  A   No.  But I was talking to, you know what I'm
16  saying, the pastor in church, like, you know what I'm
17  saying, almost every week, you know what I'm saying, he call
18  me down to his office.  You have to write a request to see
19  him, and then they call you down when they have time to call
20  you down.
21  Q   The chaplain at the jail?
22  A   Yes, sir.
23  Q   Who was that, do you recall?
24  A   It was a lot of them.  I don't recall, sir.

Page 61

1   Q   What did you talk to the chaplain about?
2   A   How -- man, I just -- really, he was the one who
3   stopped me from, you know what I'm saying, killing myself
4   because I didn't know what to do.  He kept telling me to
5   believe in God.  I couldn't take it no more really.
6   Q   What other damages, injuries are you claiming as a
7   result of being --
8   A   As far as what you talking about, sir?
9   Q   Whatever you're claiming.  What are you going to
10  tell the jury that you want to recover at the end of the
11  case?
12  A   I want to recover a lot as far as my attorney.
13  All the damages that was done to me, you know what I'm
14  saying.  Everything I lost in the midst of all of this.
15  Q   What is that?  What have you lost?
16  A   I lost two months.  I lost my pride.  I lost my
17  dignity.  I lost my house.  I lost everything.  I lost some
18  family members.  I lost friends.  Really -- really my name
19  is ruined here now because of the news media, the
20  newspapers.  They had me on, like, the news for a week
21  straight.  I lost everything, my pride and all.
22  Q   All right.  You said you lost your house.
23  Explain.
24  A   You know what I'm saying, I was written to own.

Page 62

1   That house was going to become mine very -- in, like, less
2   than a year or two.  Once I got locked up, I lost my house
3   and everything else, my job.  I lost everything.
4   Q   Who were you buying that from?
5   A   I forgot his name, but he still own the same
6   house.  Lor, his last name was Lor, L-O-R.  I can't
7   pronounce his first name because I never knew how to.
8   Q   You said you lost your family.  Tell me about
9   that.
10  A   Man, as far as my kids, the one daughter I told
11  you I went to go get shoes for, she got the family, like, if
12  you do -- if you doing something like that you can't even
13  see her kids no more.  You can't even go around her kids no
14  more.
15      You know, so I just lost -- I'm talking about
16  as far as my family members, nephews, my aunties, my sister.
17  They all, you know what I'm saying, believing in the media.
18  So, you know, the police say you did something, everybody
19  believe the police.  You did it.  So I just -- I'm talking
20  about friends.  I lost everything.  And right now 'til this
21  day, old man robber, that's my nickname now, old man robber.
22  Q   Who calls you that?
23  A   Everybody on the street.  Everybody who see me or
24  they call me OR.

Page 63

```
 1      Q   Just an abbreviation?
 2      A   Right.
 3      Q   Have you ever talked to any counselors before you
 4  were arrested?
 5      A   Never.
 6      Q   Your complaint alleges that Detective Moore and
 7  Detective Garner learned that Mark Prins was involved in
 8  committing some of these burglaries.
 9          What do you know about how they learned about
10  that or what they learned about Mr. Prins?
11      A   Okay.  How did detective learn about, you know
12  what I'm saying, Mr. Prins?
13      Q   Yes.
14      A   Or do you want to know how he learned about --
15  okay.  You go ahead and ask the question again that way I
16  can answer it for you.
17      Q   What do you know about their investigation of
18  Mr. Prins?
19      A   I don't know nothing about their investigation.
20      Q   Do you know when they learned that he was
21  involved?
22      A   I know -- when they learned -- I do know they know
23  that Michael Ralph was involved that same day, but they
24  learned about Mr. Prins when my private investigator went to
```

Page 64

```
 1  go speak with Larry Hughes, which is Emmanuel Mannis, he's
 2  my private investigator.  And he contacted Garner and
 3  everyone else and told them that he have valuable
 4  information, and they turned their heads the other way.
 5      Q   When you were being interviewed by Detective
 6  Garner, did he tell you why you were there?
 7      A   No, sir.
 8      Q   Did he tell you what crime they were
 9  investigating?
10      A   No, sir.  He put down Clarence Heinz picture and
11  said, Have you ever seen this man before?
12          I said, No, sir.
13          He said, Have you ever been to this man house
14  before?
15          I said, No, sir.
16          He said, So you haven't had no contact with
17  this man never before?
18          I said, No, sir.
19          He said, How old do you think this man is?
20          I said, Between 60 and 70.  But not one time he
21  never said he was questioning me about a home invasion.  He
22  kept asking me what was you doing two, three weeks ago.
23      Q   Did he tell you there had been a whole string of
24  burglaries, and you're the guy?
```

Page 65

```
 1      A   No, sir.  He wouldn't tell me none of that.  He
 2  kept trying to find out my whereabouts on each time, you
 3  know what I'm saying, the home invasion happened, I guess.
 4  He never told me, you know what I'm saying, he was
 5  questioning me for.
 6          I thought me to my knowledge I thought, you
 7  know what I'm saying, the old man got beat up or something.
 8  And then I didn't find out what I was going to jail for until
 9  he came in and told me to stand up and put your hands behind
10  your back.
11          I'm, like, what am I going to jail for?  Then I
12  got a long list of charges.  I said, Wow, you know what I'm
13  saying.  Are you serious?
14          He start smiling again.  So I, like, okay.  I
15  put my hands behind my back.  I went to Peoria County Jail,
16  and from there, they had me in one -- it's called a detox
17  cell.  I wasn't drunk.  I wasn't on no narcotics or none of
18  that.  I was thinking I'm going to get ready and go to work
19  when I leave from down here.
20          But I went to Peoria County Jail, and then from
21  there, when I made it to Peoria County Jail, they had me in
22  detox.  I asked the guards, why am I in a detox?
23          They say because the detectives want you in
24  here so you can't make no phone calls or so you can't talk to
```

Page 66

```
 1  nobody.
 2          When they got to serving food, I got to beating
 3  on the door, Where my food at?  I mean, they acted like, you
 4  know what I'm saying, I wasn't even there.
 5      Q   How long were you in jail before you got food?
 6      A   I was in jail for three days before I got food.
 7  When I finally went to my arraignment for my bond hearing or
 8  whatever to hear my charges, the judge he read off my
 9  charges.  They gave me a bond.  Then I went back to detox.
10  Then, like, four hours later, they came and got me that
11  Saturday and took me to a pod.  And that was when they gave
12  me my phone call and then people inside the pod gave me
13  something to eat.
14      Q   That was the first time you got something to eat?
15      A   Yes, sir.  A few bags of potato chips, a bag of
16  candy, and some brown water.
17      Q   Were you in the detox cell until they took you to
18  your arraignment?
19      A   Yes, sir.  From the time I made it to Peoria
20  County Jail until the time I went to arraignment, they had
21  me in the detox cell.
22      Q   When you were interviewed by Detective Garner, did
23  he ask you anything about house numbers being painted on the
24  curb?
```

Page 67

1    A   He didn't ask me about nothing.  He wanted to know
2  what did I have with this Clarence Heinz.  That's all he
3  kept showing me, this picture, and do you know him.  Was you
4  at his house.
5         And, no, no, no.  I don't know him.  I never
6  seen this guy before in my life.  I don't know where he live
7  at.
8         Then he got to asking me, Are you familiar with
9  ██████ Row.  I know where ██████ Row at, but I'm not familiar with
10  it.  And then he kept on going about some more stuff.  He
11  asked me about, okay, where was you at on this and such
12  date, but he never would give me no, like, the 15th or the
13  17th or the 19th.  He would never give me that.
14         He kept saying where was you at on this
15  Wednesday, where was you at the Wednesday before that?  How
16  about the Wednesday after that?
17         I'm, like, oh, man, what he was doing was
18  playing with my brain to get me mixed up on my Wednesdays, but
19  I couldn't recall.  The only thing I could recall was I went
20  and got my daughter a pair of shoes.  Then I told him, you
21  know what I'm saying, I go to work all the time.
22         He said, Oh, you have a job?
23         Yes.  I do have a job.  That was when he wanted
24  my time for the whole month from my job and everything else,

Page 68

1  but he never not once told me what I was being questioned
2  about or told me what I was there for.  He just kept showing
3  me this picture of Clarence Heinz.  He kept trying to get me
4  to say I know who Clarence Heinz is.  I've been inside his
5  house before, but it's not true.  So I couldn't say that.
6    Q   Did he show you pictures of any other victims?
7    A   No, sir.  But he asked me all about do I know
8  of -- you know what I'm saying, I didn't know he was talking
9  about the home invasion, but he asking me all about do I
10  know these vicinities.
11         And then come to find out he was asking me
12  about some vicinities that the home invasion occurred in.
13  They had -- they recorded everything.  So if you want to watch
14  the video, I'm quite sure they have it.
15    Q   The interview Detective Garner did with you was
16  recorded?
17    A   I don't know if they was recorded, but we all know
18  they were recorded.  That's why they put you in that room
19  with the camera.  I'm not saying if the camera was on or
20  off, I don't know.
21    Q   Did he ever ask you for permission to record it?
22    A   No, sir.
23    Q   Your complaint alleges that the Defendants
24  admitted conducting illegal search of your house.

Page 69

1    A   Yes.
2    Q   What did they say?
3    A   When Detective Garner was -- he was asked on the
4  stand did he enter my house during my trial, but the State
5  objected.  But before they -- the State could say something,
6  he fixed his mouth and said, yeah, but the State objected
7  and said this is a civil matter, Your Honor.  So the judge
8  rolled out with the State as far as he didn't have to answer
9  it.
10         Then when Detective Timothy Moore got up on the
11  stand, my attorney asked him, Did you guys have keys to my
12  client house?
13         Detective, you know what I'm saying, Timothy
14  Moore said, yes.
15         And my attorney asked Detective Moore, How did
16  you get my client keys?
17         And he said -- he stated when I came downtown
18  to be questioned they retrieved my keys then.  And my attorney
19  asked Timothy Moore, Wasn't that supposed to be in his
20  property?  Detective Moore said, Yes.
21         And then my attorney said, Well, how long did
22  you have his keys?  He said, For, like, a day or two.
23         And then that's when he asked Detective Moore
24  was they inside my house, and before went he asked the

Page 70

1  question, the State said objection, Your Honor.  Once again,
2  this is a civil matter.  This is something the State was
3  saying.
4         They supposed to have my keys and everything
5  else in my property when I went to the county jail, but them
6  keys was never returned to me.
7         MR. JENNETTEN:  That's all the questions I have
8  for you today.
9         Do you guys have any follow up?
10         MR. BRIGHAM:  Off the record for a moment.
11              11:45 a.m.
12         (Whereupon, a recess was taken.)
13              11:50 a.m.
14         MR. BRIGHAM:  Back on the record.
15         CROSS-EXAMINATION
16         BY MR. BRIGHAM:
17    Q   Mr. Jackson, now, there were questions about being
18  identified by witnesses before you were arrested.
19         Do you recall hearing questions about that?
20    A   No, sir.
21    Q   You didn't know anything about being identified --
22    A   Nothing.
23    Q   -- before you were arrested?
24         Do you recall -- ever recall being asked to

Page 71

1   appear in a physical lineup?
2       A   Never.
3       Q   So you were never asked to appear in a physical
4   lineup?
5       A   Never.
6       Q   Okay.  Do you recall how tall the victim said
7   the --
8       A   Person was?
9       Q   -- person was?
10      A   Yes, sir.  He was 5-7, 5-7 to 5-8.
11      Q   How tall are you?
12      A   I'm 6-2.  He say the person was 5-7, 5-8 weighing
13  185 pounds.
14      Q   How much do you weigh?
15      A   I'm 255.  At the time of arrest, you know what I'm
16  saying, I weighed 255 pounds.
17      Q   You weighed 255 pounds at the time of arrest?
18      A   Right.  And right now I weigh 250 pounds.
19      Q   You lost five pounds.
20      A   Lost five pounds.
21      Q   Now, the alarm system you were saying that the
22  bill hasn't been paid and so it doesn't --
23      A   It doesn't go to the person who came out to hook
24  the alarm up, like, just say, you know what I'm saying, I

Page 72

1   had it through a place call Centel.  By me not paying that
2   bill, if my alarm go off, it don't go to Centel anymore.  It
3   just goes inside the house.
4       Q   Okay.  Now, at the time of this incident, do you
5   know whether the alarm went to the --
6       A   No.  It did not go to the call center.  It just so
7   loud it just wake up the whole neighborhood.  Super loud.
8       Q   All right.  Now, you talked about -- there were
9   questions about whether there was consent to search or there
10  were -- someone agreed to let the police into your house?
11      A   Denise did, yes, sir, when they showed her a
12  search warrant.
13      Q   Okay.  She said when she was shown a search
14  warrant --
15      A   They had -- you know what I'm saying, I asked her
16  before because when she have found out -- well, when we
17  found out they was already inside my house prior to their
18  search warrant then, but I don't know if they called her or
19  went to her place.  But they informed her we going to go get
20  a search warrant, and we don't want to kick in the door so
21  you think you can let us in when we come back with a search
22  warrant.  And she said yes.
23          So that's when they came back with a search
24  warrant that's they how they got into my house that time with

Page 73

1   Denise.
2       Q   Okay.  Because when they did show her a search
3   warrant, then she let them in?
4       A   Yes, sir.
5       Q   Okay.  So it was a different time --
6       A   It was a different time, right.
7       Q   -- that they came in without a search warrant?
8       A   Exactly.  They came in without a search warrant
9   Friday night, and they came back with a search warrant on a
10  Saturday, that next morning.
11      Q   I'm sorry.  They went into the house -- they
12  weren't authorized to go into the house?
13      A   Exactly.  They didn't have nobody permission.
14  They didn't have my permission.
15      Q   Okay.  Then the next day, they came back with a
16  search warrant?
17      A   Exactly.
18      Q   Okay.  Do you know how long they went -- were in
19  your house --
20      A   No.  I do not, sir, because I was incarcerated.
21  The only thing I knew the neighbor told Denise and my family
22  that she seen these two detectives pull up, go inside my
23  house.  Then the alarm went off, and then, like, 10 minutes
24  after that, that's when the police came.

Page 74

1           I guess the police came because somebody called
2   the police or they came because they heard this house alarm
3   going off.  I don't know why they came, but they came.  I
4   don't know if she called the police.  I don't know.
5       Q   Now, you mentioned that you -- that the Detectives
6   Moore and Garner knew about Michael Ralph's involvement the
7   day of -- what?  The day of your arrest?
8       A   They knew about his involve -- come to find out
9   down the line, they knew about his involvement the day of
10  the crime.  October the 19th, that was the day
11  Mr. Clarence Heinz got -- he got robbed of his, the
12  personals.  And I found out later that they knew of who did
13  this before they came to arrest me, yes.
14      Q   Okay.  How did you find that out?
15      A   In their motion of discovery.  They say within
16  5 or 10 minutes after the phone call was made to 911, they
17  found the car in front of Mr. Michael Ralph residence, and
18  they see on surveillance camera him driving into the
19  Heritage Inn.  And they seen him and his accomplice getting
20  out, you know what I'm saying, of the vehicle.  They have
21  all this on tape.
22          And that's how far, you know what I'm saying,
23  Mr. Ralph stayed from Clarence Heinz within that 5 to 10, you
24  know what I'm saying, minute difference.  Because once they

Page 75

1  found the vehicle, they check for the security, you know what
2  I'm saying, the cameras, and they seen the car come pulling up
3  into the Heritage Inn parking lot, and they seen these two
4  people getting out of this vehicle 5 or 10 minutes, you know
5  what I'm saying, after the crime.
6      Q   When you say these people get out of the vehicle,
7  what people?
8      A   Two people, I guess, you know what I'm saying,
9  Mr. Ralph and the person who was with him.  I don't know who
10  the second guy is but, you know what I'm saying, I'm
11  assuming, you know what I'm saying, it got to be, you know
12  what I'm saying, Mark Prins, the Prins guy.
13      Q   Now, how do you know that the police had this in
14  their custody on the day of the incident?
15      A   Okay.  Because when I -- when me and my attorney
16  went through the motion of discovery which is what Detective
17  Garner wrote down, he put that in his report.  And when my
18  attorney asked to see the copy of the tape or whatever, they
19  sent us, like, if you take a picture of that TV screen,
20  that's what they gave my attorney.  They wouldn't give him
21  the footage of the tape.
22          They just took some pictures, like, this what
23  we got off the still screen or something.  So they would never
24  give us that, you know what I'm saying, actually the tape.

Page 76

1  And he tried to get it numerous times before, but they
2  would not release it to him.
3      Q   Now, we talked before about lineups and how you
4  weren't ever given or asked to be in a physical lineup?
5      A   Right.
6      Q   Did you ever ask to be in a physical lineup?
7      A   Yes, sir.  You know what I'm saying, I told my
8  attorney, I told the State's Attorney, and when Detective,
9  you know what I'm saying, Garner had me downtown for
10  question, I told him.  I told the judge, and I kept on
11  saying it throughout my whole court proceedings on each
12  court date, you know what I'm saying, I asked for this.
13          I made it aware that the judge knew that I was
14  asking for one, and the judge response was, That's up to your
15  attorney and the prosecutor.  That's not his call.  That's
16  what he told me.  So I kept saying it and kept saying it, but
17  I was never given one.
18          And something else I would like to tell you
19  that Mr. Clarence Heinz said the victim was clean shaven and
20  all with no haircut.  You see on the day I got arrested, I had
21  a face full of hair, a beard full of hair which you can't grow
22  in one week, and I had a head full of hair, like I have now,
23  which you can't grow in one week.
24          I was not clean shaven.  I had -- if you look

Page 77

1  at my county jail mugshot, which I do have, my hair on my face
2  is everywhere.  Ain't no way a person can grow that much hair
3  in one week.  It's impossible.  Ain't no person -- there ain't
4  no way a person can grow this much hair on their head in one
5  week.  It's not possible.
6      Q   Now, I want to turn back to now your son.  Your
7  son sort of was at the start of your involvement in this
8  case?
9      A   Exactly, because he was doing some burglaries.
10      Q   Okay.  Was he involved later in this case?
11      A   Yes.  He was involved later in this case.
12      Q   How?
13      A   Jodi Hoos had let -- told him, she showed him a
14  picture of Mr. Clarence Heinz vehicle, told him what kind of
15  vehicle it was, showed him a picture of it, and said, If you
16  say you seen your dad driving this car or came to pick you
17  up in this car we will let you go.
18          And he really believed her, and he was telling
19  the guards every day, I supposed to go home.  I supposed to go
20  home.  The guards didn't know what was wrong with him.
21      Q   Now, he was supposed to say that he saw you
22  driving Mr. Heinz's car?
23      A   Yes, sir.
24      Q   Okay.  Now, was he supposed to say where he saw

Page 78

1  you driving the car?
2      A   No, sir.  They wanted -- Ms. Hoos wanted my son to
3  say that he seen me driving this vehicle.
4      Q   But, I mean, driving it out and about or by your
5  house?
6      A   Out and about, I guess, or by the house.
7      Q   Now, did you ever learn how far from Mr. Heinz's
8  house your house was?
9      A   Yes, when I came home.  I just had to see for
10  myself.
11      Q   How far from Mr. Heinz's house was it?
12      A   Without traffic, without no traffic, it took me
13  between 20 and 22 minutes without traffic.  That's a very
14  busy neighborhood they stay in.  So during that time of a day,
15  it can take from 30 minutes to 45 minutes.
16      Q   Now, you talked with counsel about your
17  relationship, your prior relationship with Detectives Moore
18  and Garner?
19      A   Yes.
20      Q   Okay.  Now, you knew them both growing up?
21      A   Yes, sir.
22      Q   So how long did you know Detective Moore?
23      A   I've been knowing him for years.  I'm talking
24  about, I think, ever since he became a police officer

---

Page 79

1  because when I was growing up in my teens that's when I
2  became familiar with Pacman.
3      Q   His nickname?
4      A   Is Pacman, yes, sir.
5      Q   So can you estimate about how many years that
6  would be?
7      A   I'm 39 right now, and I've been knowing Pacman
8  since I was, like -- I started -- when I met him, I was,
9  like, between the age of 13 and 15.
10     Q   And what about Detective Garner?
11     A   The same way, 13 or 15 until now.
12     Q   How often did you see them?
13     A   I seen Pacman every single day.  Garner by him
14  being a more heavyset guy he would never get out of his car
15  and chase you, but he would run you down in the car or when
16  he see you go into the store, he would jump out of his
17  patrol car, run into the store, handcuff you, and put you
18  back in the police car.
19          Garner was the type he would not, you know what
20  I'm saying, get out on his feet and chase you.  Pacman would
21  jump out and chase you, track you down.
22     Q   All right.  But both of them shook you down?
23     A   Man, yes, sir.
24     Q   Now, again, about how often?

---

Page 80

1      A   For Pacman, it was an everyday thing.  If you
2  check my arrest records, you know what I'm saying, you would
3  see the arresting officer.  Garner he was a more, you know
4  what I'm saying, difficult guy.  He just wanted what you had
5  on you and you better have some more when he see you.
6      Q   And about how often was that with Garner?
7      A   Garner, I'd say, like, once or twice a week
8  because it depends on when he catch you inside the liquor
9  store or something like that.  As long as he's in his car
10  or -- he wouldn't jump out of his car and chase you.  So we
11  would take off running from him.
12     Q   Now, when you talked with the detective, you
13  couldn't -- you couldn't talk about your whereabouts -- I
14  mean, you couldn't specify your whereabouts because you
15  didn't know exactly which day?
16     A   Well, he kept saying where was you at two, three,
17  you know what I'm saying, the Wednesdays ago, but he
18  wouldn't tell me, like, the 19th.  He wouldn't give me no
19  specific, like, the date, like, the 19th or 20th or
20  15th or nothing like that.  He just was asking me where
21  was I at on these days.  He would never say a specific date.
22     Q   Okay.  Now, were you ever -- ever able to verify
23  your whereabouts during -- for that time?
24     A   Not when I was downtown at the police station, no,

---

Page 81

1  because, you know what I'm saying, once again, I didn't know
2  what he was, you know what I'm saying, asking or looking
3  for.
4      Q   Well, I mean later on.  Ever?
5      A   Later on, yes, I have.
6      Q   Okay.
7      A   Yes, I have.
8      Q   How did you do that?
9      A   Because when he was downtown questioning me, I
10  couldn't go through my phone because that would have told me
11  everything, where I was on that day or nothing.  He
12  wouldn't, you know what I'm saying, let me go through
13  nothing.
14          So when I finally went to the Peoria County
15  Jail and then when I found out what I was charged with,
16  everything started, you know what I'm saying, coming together.
17     Q   Now, you said you wouldn't -- okay.  You would
18  have been able to verify it through your phone?
19     A   Yes.  My phone just like through your phone that
20  would tell you where you was, you know, like, one of those
21  phones that -- I mean, they do everything for you.
22     Q   Right.  So, like, a smart phone?
23     A   Yes, sir.
24     Q   Now, did you tell him that it was on your smart

---

Page 82

1  phone?
2      A   I said I don't -- when he asked me where I was
3  two, three Wednesdays ago, I said, I don't know, but if you
4  pass me the phone, maybe I can come up with.
5          Oh, no, I'm not going to do that.  I'm not
6  going to do that.  You're going to tell me.  He wasn't trying
7  to hear basically nothing I had to say.
8      Q   Okay.  Now, eventually, did you -- you said
9  eventually you were able to verify your whereabouts?
10     A   Yes, sir.
11     Q   You just couldn't do it right then?
12     A   I just couldn't do it right then, right.
13          MR. BRIGHAM:  Nothing further.
14          REDIRECT EXAMINATION
15          BY MR. JENNETTEN:
16     Q   With regard to Mr. Bullock, do you know if he had
17  any relationship with Detective Moore, Detective Garner?
18     A   I have no idea.  Can't answer that.  Don't know.
19     Q   You said your attorney tried to get a copy of the
20  security tape from Heritage Inn?
21     A   No.  He tried to get it from the State's Attorney
22  and from the police department because they had, you know
23  what I'm saying, let my attorney know that they turned it
24  over already to Detective Garner and to Detective Tim Moore.

---

Page 83

1    Q   So he would have asked for that from the State's

2  Attorney?

3    **A   Right.  And the State's Attorney let us know that**

4  **they didn't have it, and the police attorney said the**

5  **State's Attorney have it.  So the State's Attorney saying**

6  **the police got it.**

7    Q   But somebody gave you copies of still photographs?

8    **A   Still photographs, right.  That's in the motion of**

9  **discovery as well.**

10    Q   You said that your son was asked to testify

11  against you that you'd been driving Mr. Heinz's car?

12    **A   Exactly.**

13    Q   Did he agree to do that?

14    **A   At first he did, but then for some reason, I**

15  **guess, they didn't use him because when they -- when me and**

16  **my attorney pointed out the timeline and the timeframe where**

17  **which there's no way possible I could have this car, now**

18  **they don't need him no more.**

19    Q   So your son did not testify at trial?

20    **A   No, sir.  But they had him down as a -- as a**

21  **witness for them.**

22    MR. JENNETTEN:  That's all the questions I have.

23    MR. BRIGHAM:  No, nothing.

24                    12:10 p.m.

C E R T I F I C A T I O N

        I, Aana M. Giftos, CSR, RPR, do hereby
certify that heretofore, to-wit, on Monday,
April 14th, 2014, personally appeared before me at
227 Northeast Jefferson Avenue, Peoria, Illinois:

        JERMAINE O. JACKSON, the Plaintiff herein.

        I further certify that the said witness was
by me first duly sworn to testify to the truth, the
whole truth and nothing but the truth in the cause
aforesaid; that the testimony then given by said
witness was reported stenographically by me in the
presence of said witness and afterwards reduced to
typewriting and the foregoing is a true and correct
transcript of the testimony so given by said witness
as aforesaid.

        I further certify that the signature of the
witness was waived.

        I further certify that I am not counsel for
nor in any way related to any of the parties to this
suit, nor am I in any way interested in the outcome
thereof.

        In testimony whereof, I hereunto set my
hand on this day, May 1, 2014.




                Aana M. Giftos, CSR, RPR
            State of Illinois License #084-003571

## A

**aana** 1:16 84:2 84:18
**abbreviation** 63:1
**able** 80:22 81:18 82:9
**absent** 10:11
**accomplice** 74:19
**acres** 43:1
**acted** 66:3
**address** 4:7,11 6:21 52:15
**admit** 52:12
**admitted** 37:10 37:14 68:24
**aforesaid** 84:7 84:10
**age** 79:9
**aggravated** 13:16,17
**ago** 16:24 17:4 40:20,23 41:10 64:22 80:17 82:3
**agree** 83:13
**agreed** 72:10
**ahead** 59:11 63:15
**aint** 16:2 77:2,3 77:3
**alarm** 45:19,21 45:23 46:14,16 46:19,23 47:8 48:7,9 51:16 71:21,24 72:2 72:5 73:23 74:2
**allegation** 3:16
**alleged** 46:22
**alleges** 34:6 63:6 68:23
**amount** 29:23 44:12
**answer** 3:17

22:2 63:16 69:8 82:18
**anybody** 18:17 29:18 60:13
**anymore** 72:2
**aol** 2:8
**apartment** 4:8
**appear** 71:1,3
**appearances** 2:1
**appeared** 84:3
**approximately** 44:21
**april** 1:17 84:3
**area** 11:20 12:3 16:8
**armed** 51:21
**arraignment** 66:7,18,20
**arrest** 16:4 17:20 39:11 44:6 71:15,17 74:7,13 80:2
**arrested** 7:3,7,11 7:12,13 12:23 13:1,3,5,10 14:6,9 23:17 23:19,21 24:4 24:7 44:8,9,12 48:22 49:1 52:2,3 53:13 63:4 70:18,23 76:20
**arresting** 51:23 80:3
**asked** 35:3 39:15 41:7 44:2,3 49:12,19 65:22 67:11 68:7 69:3,11,15,19 69:23,24 70:24 71:3 72:15 75:18 76:4,12 82:2 83:1,10
**asking** 37:12 54:11,13 64:22 67:8 68:9,11 76:14 80:20

81:2
**assume** 3:10 4:15 6:3 21:20 26:7 33:20 34:12 44:18 48:4 49:6 54:12
**assuming** 36:24 43:16,18 48:6 50:8,11 54:13 75:11
**assumingly** 28:10
**ate** 28:6,7
**attend** 24:18
**attorney** 31:23 31:24 32:1 33:21 47:14 52:19,20,21,21 52:22,23 61:12 69:11,15,18,21 75:15,18,20 76:8,8,15 82:19,21,23 83:2,3,4,5,5,16
**attorneys** 3:10 20:19
**aunties** 62:16
**authority** 7:16
**authorized** 73:12
**avenue** 1:18 2:11 84:4
**aware** 11:9 17:14 49:21 50:17 57:16 58:17 76:13
**awhile** 40:1

## B

**b** 1:8
**back** 6:5 7:2 8:23 9:2 14:2 17:18 22:12,12 22:13 23:17,19 26:19 28:14 37:6 40:10,12

42:2 44:4,12 44:16,17,17 46:5,6 55:14 65:10,15 66:9 70:14 72:21,23 73:9,15 77:6 79:18
**background** 3:15
**bad** 9:6
**bag** 66:15
**bags** 66:15
**bartonville** 9:19
**based** 50:13
**basically** 38:3 82:7
**basis** 16:23 19:5 19:6
**basketball** 22:22
**bathroom** 59:23
**battery** 13:16,17 13:18 15:19
**beard** 76:21
**beat** 19:8,24 20:14 21:3 65:7
**beating** 19:22 66:2
**bed** 22:12 55:4 55:14
**beds** 45:7 60:8
**beep** 46:7
**behalf** 2:9,13
**believe** 31:17,20 52:2 61:5 62:19
**believed** 77:18
**believing** 62:17
**belongings** 55:6
**better** 18:15 80:5
**bill** 46:14 71:22 72:2
**black** 30:12 34:7 40:2 48:1
**blame** 33:13
**blue** 11:23 51:3

51:4
**bond** 66:7,9
**boot** 38:17
**bought** 42:1,11
**boys** 7:17 21:24
**brain** 67:18
**break** 4:1,3
**breakfast** 21:17
**brigham** 2:2,3 2:18 70:10,14 70:16 82:13
**bring** 55:13
**broke** 37:15 38:6
**brown** 26:21,24 66:16
**buff** 11:2
**building** 12:11 36:18
**bullock** 34:7 45:10,16 82:16
**bullpen** 30:17,18 30:23 52:10
**bunch** 49:16
**bunk** 45:7 60:8
**burglaries** 37:9 37:20,24 38:6 38:15 63:8 64:24 77:9
**burglarized** 30:1
**burglary** 24:12 33:7,14 43:24 55:22
**bus** 21:18
**business** 31:9
**busy** 78:14
**buy** 41:23 43:4
**buying** 62:4
**buzzed** 42:5

## C

**c** 84:1,1
**cage** 8:3
**call** 7:13 12:14 22:17 25:14,22 35:2 45:2,3 46:17 54:15,17

54:18,20 55:7
59:22 60:17,19
60:19 62:24
66:12 72:1,6
74:16 76:15
**called** 1:14 7:19
10:11,18 25:9
25:11 26:17,20
28:15 34:19
35:17,21 36:4
41:24 51:11,13
51:15,16 54:21
55:8 65:16
72:18 74:1,4
**calls** 18:24 54:1
62:22 65:24
**camera** 36:19
68:19,19 74:18
**cameras** 58:11
75:2
**camp** 38:17
**candace** 26:21
26:24 28:15,18
29:16,23
**candy** 66:16
**cant** 13:2 14:4
15:5 16:23
17:4,5,7 18:19
23:1,4,6 27:22
29:22 31:16,20
32:12 35:5
36:7,22 39:24
41:2 42:24
53:19 58:2
62:6,12,13
65:24,24 76:21
76:23 82:18
**car** 18:5,6 20:12
20:13,13 52:4
74:17 75:2
77:16,17,22
78:1 79:14,15
79:17,18 80:9
80:10 83:11,17
**card** 42:14,15
**care** 7:7,14
22:16

**case** 3:16 31:11
55:20 56:13
61:11 77:8,10
77:11
**cash** 26:11
**catch** 80:8
**caught** 17:24
**cause** 84:7
**caused** 18:2
**ccs** 8:13 9:7,8,9
9:12 11:16,19
12:1,3,7,9
26:13,23 27:11
28:13,20 29:8
29:13,14
**cell** 25:14,16
26:17 29:11,13
51:2 56:18,20
56:21 58:5,9,9
65:17 66:17,21
**cellies** 59:23
**centel** 72:1,2
**center** 72:6
**central** 1:2
**certify** 84:3,6,11
84:12
**cerulo** 2:10
**champs** 42:12
**chance** 32:10
**changed** 9:4
**chaplain** 60:21
61:1
**charge** 51:23
**charged** 31:11
31:13 38:14
51:18,20 81:15
**charges** 38:10,16
38:17 65:12
66:8,9
**charging** 52:17
**chase** 79:15,20
79:21 80:10
**chased** 16:12
**chases** 16:11
**chasing** 16:14
18:23
**check** 27:13

54:14 75:1
80:2
**chest** 11:20 12:2
**chicago** 2:4,7
**children** 6:11,12
24:19
**chips** 66:15
**choice** 57:18
**church** 60:16
**citizens** 55:12
**city** 1:8 13:21
**civil** 2:6 69:7
70:2
**claim** 12:21
**claiming** 56:22
61:6,9
**clarence** 40:11
55:22 64:10
67:2 68:3,4
74:11,23 76:19
77:14
**clarify** 3:23
**clean** 38:5 76:19
76:24
**cleaning** 8:13
**cleared** 24:15
**client** 69:12,16
**close** 28:24
47:15 58:1
**code** 46:10
**color** 11:21 12:5
**colors** 11:24
**com** 2:5,8,12
**come** 3:19 6:4
10:15,15 16:17
18:6,10 19:22
19:24 22:12
23:13,15 35:3
35:4,5,5,6 38:4
44:16,17,17,24
46:5 55:1 60:9
68:11 72:21
74:8 75:2 82:4
**coming** 58:8
81:16
**commencing**
1:18

**commissary**
60:7
**commit** 59:17
**committing**
37:23 63:8
**comp** 12:21
**companies** 9:13
**company** 12:10
46:19
**complaint** 18:11
34:6 63:6
68:23
**complaints**
20:16
**complete** 8:13
**conducting**
68:24
**connected** 46:12
**consent** 72:9
**contact** 35:14,15
64:16
**contacted** 64:2
**conversation**
37:1 49:15
50:14 53:9,21
53:24 54:9
**conversations**
55:15
**convicted** 13:15
15:7 38:2
**conviction** 15:16
**cool** 9:5
**cooperate** 20:5
**copies** 83:7
**copy** 75:18 82:19
**correct** 8:15
84:9
**corrections**
14:23 15:6
**cory** 6:23
**couldnt** 28:2
41:13 44:4
56:1 61:5
67:19 68:5
80:13,13,14
81:10 82:11,12
**counsel** 78:16

84:12
**counselor** 58:18
59:12 60:14
**counselors** 63:3
**county** 32:7,12
57:4,15 65:15
65:20,21 66:20
70:5 77:1
81:14
**couple** 8:1
**court** 1:1,15
55:13 76:11,12
**courthouse**
30:20
**crate** 8:4
**crazy** 44:23
**credit** 42:14,15
**crew** 10:21,22
**crime** 15:13
19:22 23:21
24:11 30:11
31:12 45:15
52:17 64:8
74:10 75:5
**crimes** 30:21
31:22 39:4
**criminal** 33:21
38:10
**crossexaminat...**
2:18 70:15
**crowd** 18:10
**csr** 11:24 84:2,18
**curb** 66:24
**currently** 4:5
8:10
**custody** 35:16,22
36:1 75:14
**customers** 26:10

**D**
**dad** 7:18 77:16
**daily** 24:24,24
**damages** 61:6,13
**date** 40:21 44:2
44:3 55:23
56:6,7 60:4
67:12 76:12

80:19,21
**dates** 24:8
**daughter** 6:13
41:15,16 43:1
62:10 67:20
**daughters** 41:17
42:1,3,4
**day** 8:18,19
19:19,19,23
21:9 22:7,8,11
23:1,3,5,8 24:1
24:10 27:22
28:1,4 29:24
34:16 43:11,22
43:23 45:11
48:10,10 49:23
56:8 57:8
59:10 62:21
63:23 69:22
73:15 74:7,7,9
74:10 75:14
76:20 77:19
78:14 79:13
80:15 81:11
84:15
**days** 7:8,10,10
7:15 8:2 10:6
10:15 27:13
33:8 48:23
49:1 58:4,8,9
66:6 80:21
**daytime** 10:23
**defend** 57:9,19
**defendants** 1:10
2:13 68:23
**defense** 33:21
**delivery** 26:10
**denise** 4:21 5:20
5:22 7:8 11:8
11:11 12:12
25:9,11 26:1
26:15,17,19,22
27:17,19,23
29:10 41:23,24
41:24 42:1
47:5 48:21,23
49:9 51:8 53:3

53:4,10,16
54:13,21 55:9
55:10 72:11
73:1,21
**denises** 5:2
42:15
**deny** 30:4,5
**department**
14:23 15:6
18:12 20:17
33:6 44:19
54:22 82:22
**depending** 28:21
**depends** 80:8
**deposition** 1:13
3:8
**depositions** 1:16
**describe** 47:22
**desk** 36:12,12
53:5
**detective** 1:8
11:10 16:5,20
18:17,20 30:9
30:12,13 33:9
33:17 34:5,24
35:2 36:13,16
36:22 37:5,7
37:14 38:4,19
39:10,15,17,18
40:1,2 42:20
42:21 43:19
44:13 47:6,6
55:21 56:12
63:6,7,11 64:5
66:22 68:15
69:3,10,13,15
69:20,23 75:16
76:8 78:22
79:10 80:12
82:17,17,24,24
**detectives** 47:5
51:12 55:13
65:23 73:22
74:5 78:17
**detox** 65:16,22
65:22 66:9,17
66:21

**detroit** 13:22
**didnt** 5:24 7:18
9:5,8 10:19
11:14,15 14:19
14:20 18:15,15
20:23,24 21:3
23:19,21 30:12
33:12 37:13,18
39:17 40:5,17
41:3 44:7 45:2
45:13,14 52:12
52:12,14,16
56:10 57:6,18
58:10 59:5,6,7
59:9,9 61:4
65:8 67:1 68:8
69:8 70:21
73:13,14 77:20
80:15 81:1
83:4,15
**die** 59:11
**difference** 74:24
**different** 9:12
11:24 32:15
73:5,6
**difficult** 80:4
**dignity** 61:17
**direct** 2:17 3:4
**disagree** 43:15
**discovery** 1:16
74:15 75:16
83:9
**discuss** 20:23
**discussion** 44:5
53:24
**district** 1:1,2
**division** 1:3
**dixon** 5:9 48:20
**doc** 15:7 38:18
**doctors** 50:20
**doesnt** 46:17
71:22,23
**dog** 7:3,6,7,9,14
8:1 48:23 49:2
49:21
**doing** 22:18 25:4
33:2 37:20

41:8 43:20
52:13 57:4,5
62:12 64:22
67:17 77:9
**domestic** 13:18
13:19 15:19,19
**dont** 3:19 6:20
14:16 15:21
17:19 19:21,24
20:1 22:4,8
24:20 25:18
27:5 30:4,5
33:13,23,24
34:11 40:17
42:19 44:10
45:13 46:10
48:6 50:12
51:15,15,17
54:3,7,10,10
57:14 58:1,17
58:22 60:4,24
63:19 67:5,6
68:17,20 72:2
72:18,20 74:3
74:4,4 75:9
82:2,3,18
83:18
**door** 37:3 42:5
45:23 66:3
72:20
**dorothy** 5:9
48:20
**downs** 19:8
**downtown** 50:24
69:17 76:9
80:24 81:9
**drinking** 55:19
**drive** 28:19
**driving** 14:13
28:17 74:18
77:16,22 78:1
78:3,4 83:11
**dropped** 42:3
**drove** 28:16
**drunk** 65:17
**duly** 3:2 84:6
**dust** 9:24

**E**

e 84:1
**earlier** 45:11
**early** 10:16
21:17
**earpiece** 51:5
**easier** 22:1
**east** 2:3,7 4:8
5:10
**eat** 53:12 54:19
66:13,14
**eating** 53:10
**eight** 9:16,20
**email** 2:5,8,12
**emmanuel** 64:1
**emotional** 56:23
**employed** 8:10
**enter** 47:8 69:4
**entry** 45:22
**esquire** 2:2,6,10
**estimate** 79:5
**evening** 10:4
**eventually** 82:8
82:9
**everybody** 9:3,4
17:13 22:4
62:18,23,23
**everyday** 19:5,5
80:1
**exact** 22:10 31:1
39:19 41:11,12
60:4
**exactly** 23:2,4
27:20 49:5
73:8,13,17
77:9 80:15
83:12
**examination**
1:14 2:17,18
3:4 82:14
**examined** 3:3
**executing** 50:4
**exhibits** 2:20
**explain** 61:23
**explained** 3:10
**eyeglasses** 50:19

50:21

**F**

**f** 84:1
**face** 22:16 40:6
59:10 76:21
77:1
**facing** 59:7
**faded** 11:19
**failure** 14:19
**fall** 43:5 56:9
**familiar** 67:8,9
79:2
**family** 23:10,12
45:3,5 47:4
48:14,18 51:8
61:18 62:8,11
62:16 73:21
**far** 8:6 18:7
19:14 20:23
21:2 34:10
38:5 44:4 47:2
50:15 61:8,12
62:10,16 69:8
74:22 78:7,11
**favorite** 25:19
**fbi** 21:1
**february** 4:18
**fed** 54:19
**feelings** 9:4
**feet** 79:20
**felon** 15:10
**felony** 15:15,18
**female** 26:20
30:12 40:4
58:23
**field** 18:5
**fight** 57:7,16,17
57:22
**fighting** 17:17
**fights** 16:11
17:16 57:7,11
57:13
**figure** 21:2
23:18,20
**figures** 20:24
**file** 37:18

**filed** 12:17,21
**finally** 54:17,18
54:19 66:7
81:14
**find** 35:10,17
39:1 65:2,8
68:11 74:8,14
**fine** 14:19
**finished** 55:5
**first** 8:15 9:17
11:22 22:12
23:20 40:24
42:5 43:9,11
54:15,17,20
57:18 62:7
66:14 83:14
84:6
**fit** 37:3
**five** 15:4 17:8
25:12 71:19,20
**fix** 21:17
**fixed** 69:6
**floors** 11:2
**follow** 70:9
**followed** 36:17
**follows** 3:3
**food** 25:5,13
26:7 27:17,18
27:23 28:2,5
53:11 66:2,3,5
66:6
**footage** 75:21
**foregoing** 84:9
**forgot** 62:5
**formulate** 59:19
**forth** 6:5
**found** 38:24
41:22 72:16,17
74:12,17 75:1
81:15
**four** 14:16 15:4
54:6 66:10
**friday** 10:7
48:24 56:5
73:9
**friend** 27:1,2,3
48:21

**friends** 22:18
23:11 29:2
33:3 61:18
62:20
**fries** 27:20
**front** 30:20
36:12 40:11
42:5 47:7,18
47:19 74:17
**fucked** 31:6
**full** 3:6 76:21,21
76:22
**further** 39:5
51:7 82:13
84:6,11,12

**G**

**game** 22:18,20
23:11 24:22
29:1,4 41:15
43:9,11,13
**games** 22:22
23:9 25:1
29:18
**gangs** 58:14
**garner** 1:8 11:10
16:5,20 18:9
18:17,21 19:5
20:20 30:9,13
33:10,18 34:1
34:5 39:16,17
40:1,5 42:20
42:21 43:19
47:6 55:21
63:7 64:2,6
66:22 68:15
69:3 74:6
75:17 76:9
78:18 79:10,13
79:19 80:3,6,7
82:17,24
**gesturing** 3:18
**getting** 3:21 6:4
29:3 74:19
75:4
**gift** 5:5
**giftos** 1:16 84:2

84:18
**girlfriend** 27:2
**give** 28:21 40:24
48:5 54:20
56:6 60:2
67:12,13 75:20
75:24 80:18
**given** 3:8 76:4
76:17 84:7,9
███ 4:14,17,21
5:22 52:15
67:9,9
**go** 3:11 7:8 8:6,8
9:2 20:13,19
20:22 23:14,16
23:17,19 24:13
24:13 27:22
28:2 30:20
32:22 36:5,9
40:13 42:4
44:10,11 45:24
46:15,15 50:19
52:22 54:23
56:5 57:22,23
59:11,23,24
62:11,13 63:15
64:1 65:18
67:21 71:23
72:2,2,6,19
73:12,22 77:17
77:19,19 79:16
81:10,12
**god** 61:5
**goes** 46:1,10,11
72:3
**going** 3:11,12,14
9:1 16:17 18:9
18:9 21:4
26:19 30:15
35:17 40:10,13
46:21 47:9
48:12 49:17
51:16 54:12
57:5 58:13
59:6,24 61:9
62:1 65:8,11
65:18 67:10

72:19 74:3
82:5,6,6
**gold** 12:6
**good** 28:21
53:11
**goodness** 19:3
**gotten** 21:20
**grade** 8:7
**grand** 52:5
**grass** 18:6
**group** 2:6 16:15
**grow** 76:21,23
77:2,4
**growing** 78:20
79:1
**guards** 57:15,19
65:22 77:19,20
**guess** 18:15 36:3
65:3 74:1 75:8
78:6 83:15
**gun** 15:12
**guy** 9:5,6 64:24
67:6 75:10,12
79:14 80:4
**guys** 32:10 57:15
57:20,21 69:11
70:9

**H**

**hair** 76:21,21,22
77:1,2,4
**haircut** 76:20
**hand** 84:15
**handcuff** 79:17
**handcuffs** 20:11
**handgun** 15:9,11
**handicapped**
47:23
**hands** 37:2 65:9
65:15
**hang** 59:24
**happen** 16:22
17:6
**happened** 17:12
18:2 19:13,14
19:19,22,24
20:2,7 24:11

24:12 30:4,5
31:10 36:15,20
39:4 40:16
43:24 47:3
55:24 56:1,3
60:6 65:3
**harrison** 19:8,10
19:17
**hasnt** 71:22
**havent** 14:8 34:5
55:22 64:16
**head** 40:7 76:22
77:4
**heads** 64:4
**health** 56:23
58:18 59:2,3
60:11
**hear** 18:7 46:20
66:8 82:7
**heard** 33:10
48:14,16 51:16
74:2
**hearing** 66:7
70:19
**heart** 11:20 12:2
12:3,3 25:18
**heavyset** 79:14
**heinz** 30:1,6
33:7,15 40:11
45:9 52:8,9,11
55:22 56:13
64:10 67:2
68:3,4 74:11
74:23 76:19
77:14
**heinzs** 77:22
78:7,11 83:11
**hell** 6:9
**help** 59:5
**henderson** 2:10
**heretofore** 84:3
**hereunto** 84:15
**heritage** 32:17
74:19 75:3
82:20
**hes** 6:17 16:17
64:1 80:9

**hide** 41:3
**high** 8:9 45:7
**hills** 12:17
**history** 3:15
**hold** 16:1 37:2
**home** 7:19 22:12
24:6,18 28:16
28:17,19,23,24
29:9,10,12,17
29:18 31:8
51:18,21,22,24
52:4 64:21
65:3 68:9,12
77:19,20 78:9
**homes** 19:8,10
19:18
**honor** 69:7 70:1
**hook** 71:23
**hoos** 77:13 78:2
**hour** 1:19 28:9
28:10,10
**hours** 10:2,3
29:24,24,24
66:10
**house** 4:22 5:13
5:14,14,22 7:8
7:16 8:1 23:13
23:16 25:8,8
26:3 29:7 30:1
33:8,15 35:12
37:16 38:6
45:18 46:4,23
47:7,8,15,16
47:18,19,19
48:8 49:13,18
49:20,24 50:16
50:23 51:12,16
54:15,21,24
55:6,7 61:17
61:22 62:1,2,6
64:13 66:23
67:4 68:5,24
69:4,12,24
72:3,10,17,24
73:11,12,19,23
74:2 78:5,6,8,8
78:11

**huge** 40:6
**hughes** 30:14
32:3,7 52:10
52:23 64:1
**huhuh** 3:18
**hungry** 25:9

**I**

**id** 12:6 17:9,9
19:11 28:9,10
28:21 58:4,8
80:7
**idea** 5:1 17:23
27:7 44:22
82:18
**identification**
45:12
**identified** 45:10
70:18,21
**ill** 3:21,22,22
34:1
**illegal** 68:24
**illinois** 1:2,18
2:4,7,11 4:6
5:5 14:22
20:22 84:4,19
**im** 3:11,12,14,21
6:3 8:15 9:6
11:9 15:12
16:1,15 18:5
18:22 20:2,14
20:15 21:3,10
21:17 22:1,3
22:10,10 23:2
23:6 25:3,5
26:21 28:3,15
28:17 29:1,3
29:19 30:16,19
31:8,10,17,17
33:3 34:22,23
34:24 35:15
36:3,17,24
37:3,6,10,14
37:15,16,17
38:3,14 39:2,3
39:8,8,9 40:4,7
40:9,13,15,20

41:17 42:3
43:7,8,16,18
44:2,10,16
45:1,5 46:13
46:16 47:13
48:12 50:7,11
50:21 51:7,14
51:22 52:18,19
53:9,11 54:2,8
54:11,12,19
55:17,18,19
56:8,9,10,10
56:17 57:2,7
58:11,12,17,23
59:8,10,24
60:5,8,15,16
60:17 61:3,13
61:24 62:15,17
62:19 63:12
65:3,4,7,11,12
65:18 66:4
67:9,17,21
68:8,14,19
69:13 71:12,15
71:15,24 72:15
73:11 74:20,22
74:24 75:2,5,8
75:10,10,11,12
75:24 76:7,9
76:12 78:23
79:7,20 80:2,4
80:17 81:1,2
81:12,16 82:5
82:5,23
**immediately**
25:11 28:14
47:19
**implicated** 38:20
38:23
**impossible** 77:3
**incarcerated**
48:12 50:12
73:20
**incident** 14:11
72:4 75:14
**incidents** 20:10
**included** 34:8

**index** 2:15
**indicate** 38:19
**indicating** 12:4
18:7 40:8
47:17
**indicted** 51:23
51:24 52:5,6
56:11
**inform** 26:16
**information**
34:9 64:4
**informed** 34:22
35:4 72:19
**initially** 34:7
52:2
**injuries** 56:23,23
61:6
**inn** 32:17 74:19
75:3 82:20
**inside** 12:11 26:6
26:9 28:14
30:16 36:11
49:13 51:12
66:12 68:4
69:24 72:3,17
73:22 80:8
**interactions** 16:5
16:10 18:20
19:1,15
**interested** 84:13
**interrogation**
30:11
**interview** 33:9
36:19,21 44:8
56:16 68:15
**interviewed**
11:10 42:21
64:5 66:22
**interviewing**
39:11
**invasion** 31:8
51:24 64:21
65:3 68:9,12
**invasions** 51:19
51:21,22 52:4
**investigating**
33:7 64:9

**investigation**
33:10,14 34:4
39:5 63:17,19
**investigator**
63:24 64:2
**involve** 11:14
74:8
**involved** 30:8
37:23 58:14,16
63:7,21,23
77:10,11
**involvement**
74:6,9 77:7
**ive** 68:4 78:23
79:7

**J**

**j** 44:23
**jackings** 52:4
**jackson** 1:5,13
2:3,7,17 3:1,7
5:19,19 6:9,10
6:13,14 35:20
70:17 84:5
**jail** 5:12 8:18,22
32:7,11,12
44:19 53:13,16
57:4,11,15
58:1,19 60:10
60:21 65:8,11
65:15,20,21
66:5,6,20 70:5
77:1 81:15
**jamaal** 6:14,17
**janeena** 6:13,16
**janitor** 9:10
**janitorial** 9:12
**january** 8:15
**jaquaise** 5:19
6:10
**jason** 34:19
**jefferson** 1:18
2:11 84:4
**jennetten** 2:10
2:17,18 3:5
70:7 82:15
83:22

**jermaine** 1:5,13
2:17 3:1,7 5:19
6:9 35:20,22
84:5
**jewelry** 55:4
**job** 8:23 25:4,5
62:3 67:22,23
67:24
**jodi** 77:13
**johnston** 2:10
**jr** 5:19 35:20
**judge** 30:20 55:8
66:8 69:7
76:10,13,14
**jump** 22:12 45:6
45:7 79:16,21
80:10
**jury** 52:5 61:10
**juvenile** 38:8

**K**

**kamin** 2:6,6
**kept** 21:4 40:19
40:22 41:13,14
53:10 55:24
61:4 64:22
65:2 67:3,10
67:14 68:2,3
76:10,16,16
80:16
**key** 50:10
**keypad** 45:22
**keys** 51:2,6
69:11,16,18,22
70:4,6
**keystone** 9:18,21
**kick** 72:20
**kid** 24:13
**kids** 5:17 6:8
21:18 22:5,11
23:16 24:6,19
57:4 58:16
62:10,13,13
**kill** 59:6
**killing** 57:3 61:3
**kind** 6:6 16:10
19:7 22:20

24:8 45:19
57:9 60:14
77:14
**knew** 18:18
31:22 36:1
39:5 56:3,4
58:9 62:7
73:21 74:6,8,9
74:12 76:13
78:20
**know** 3:22 4:2
6:3,21,24 9:4
15:12 16:15
18:5,15,22
19:22 20:2,3
20:14,15 21:3
21:5,17 22:9
23:2,6 25:5,18
26:20 28:3,15
28:17 29:1,3
29:19,22 30:14
30:15,16,19
31:7,10,10,16
31:17 32:5,17
32:18,24 33:3
33:7,17,23,24
34:9,22,23,24
35:15 36:2,3
36:17,23,23
37:2,5,10,13
37:14,15,16,17
37:18,19 38:3
38:14 39:2,3,7
39:8,9 40:4,7,9
40:15,17,20,22
41:2,17 42:3
44:2,10,11,16
44:21 45:1,2,5
45:12,13,14,14
46:13,16 47:1
47:13 48:6,11
50:9,12,20
51:6,6,8,13,15
51:15,17 52:18
52:21,23 53:9
53:11 54:1,2,3
54:7,8,10,19

55:17,18,19
56:9,9,10,10
56:16,17 57:2
57:6,14 58:10
58:10,23 59:5
59:6,8,9 60:4,4
60:15,16,17
61:3,4,13,24
62:15,17,18
63:9,11,14,17
63:19,20,22,22
63:22 65:3,4,7
65:12 66:4
67:1,3,5,6,9,21
68:4,7,8,8,10
68:17,17,20
69:13 70:21
71:15,24 72:5
72:15,18 73:18
74:3,4,4,20,22
74:24 75:1,4,8
75:9,10,11,11
75:13,24 76:7
76:9,12 77:20
78:22 79:19
80:2,3,15,17
81:1,1,2,12,16
81:20 82:3,16
82:18,22,23
83:3
**knowing** 78:23
79:7
**knowledge**
12:16 34:10
36:1 47:2 49:3
65:6
**known** 18:16
20:3

**L**

**lady** 27:1 40:2
**larry** 30:14
52:23 64:1
**late** 19:12 20:7
44:22
**law** 2:3
**lawsuits** 12:17

12:19
**learn** 63:11 78:7
**learned** 63:7,9
63:10,14,20,22
63:24
**leave** 28:2 44:15
44:16,17 65:19
**leaving** 26:19
**left** 8:1,3 25:8,8
26:3,16 28:12
28:13 29:6,13
29:14 41:16
44:10 46:4
55:5
**leg** 47:24
**leigh** 34:19 35:1
35:3,10,21
36:6,14,16,22
37:7,15 38:4
38:19 39:10
**letters** 12:5
**license** 1:17
14:14,18 84:19
**life** 21:4 22:1,9
30:7 45:17
57:10 59:7
67:6
**linda** 12:10 53:2
**line** 74:9
**lineup** 45:14
71:1,4 76:4,6
**lineups** 76:3
**liquor** 80:8
**list** 65:12
**little** 38:24
**live** 4:9,12,13,20
5:6,10,16 6:19
6:24 19:10
27:6,8 67:6
**lived** 4:11,18 6:6
16:8 19:18
**living** 7:17 32:24
45:18
**llc** 2:3
**located** 26:6
**location** 9:15,17
**locations** 9:17

locked 36:4 62:2
logo 12:1
long 4:1,11
    13:23 15:3,24
    28:8,19 29:23
    36:23 39:22,24
    40:1 44:13,15
    58:6 60:2,8
    65:12 66:5
    69:21 73:18
    78:22 80:9
longest 58:8
look 11:18 12:1
    76:24
looked 31:4
looking 35:12,13
    47:18 81:2
looks 4:17
lor 62:6,6,6
lost 61:14,15,16
    61:16,16,17,17
    61:17,18,21,22
    62:2,3,8,15,20
    71:19,20
lot 18:22,24 48:4
    53:19 54:1
    55:17 60:24
    61:12 75:3
lots 16:6
loud 3:17 46:2
    72:7,7
lunch 28:6,7
    29:9 53:3

**M**

m 1:16,19 70:11
    70:13 83:24
    84:2,18
main 26:23
male 58:22,24
males 23:11
mall 26:6,9,19
    41:15,17 42:1
    42:10
man 31:3,4,6,6,7
    31:10 40:13,17
    52:18 54:12

57:2,6,9,12,17
59:22 61:2
62:10,21,21
64:11,13,17,19
65:7 67:17
79:23
manager 12:14
mannis 64:1
manual 8:9
mark 21:5 63:7
    75:12
marked 2:21
married 11:6,8
    11:11
matter 69:7 70:2
maywood 4:8,11
    4:15
mcdonald 57:14
mean 6:16 15:19
    19:14 42:8
    66:3 78:4
    80:14 81:4,21
media 61:19
    62:17
medical 59:1
medication
    59:14
meet 59:12
members 23:10
    48:14,18 61:18
    62:16
mental 56:22
    58:18 59:2,3
    60:10
mention 52:11
mentioned 74:5
met 30:18 41:24
    79:8
michael 32:5
    34:8 63:23
    74:6,17
michigan 13:9
    13:10,13,22,23
    13:24 15:24
midst 61:14
mind 31:9 57:6
mine 23:15 27:1

55:4 62:1
minute 74:24
minutes 28:11
    28:21 36:16,24
    37:8 73:23
    74:16 75:4
    78:13,15,15
miranda 40:24
mixed 24:8
    67:18
moment 70:10
monday 1:17
    10:7 56:5 84:3
money 16:16,19
    16:20 18:23
    19:9
month 4:12 6:17
    6:17 27:15
    58:3,4 67:24
months 9:16,20
    15:4 61:16
moore 1:8 19:2
    19:16,17 20:20
    47:6 56:12,14
    63:6 69:10,14
    69:15,19,20,23
    74:6 78:17,22
    82:17,24
mop 9:24
morning 21:15
    21:16 29:7
    49:9 73:10
mother 5:7 6:2
    6:20 47:4
    48:20
motion 74:15
    75:16 83:8
motor 18:8
mouth 69:6
move 17:19
mugshot 77:1

**N**

n 84:1
name 3:6 5:8
    6:22 7:21 12:8
    26:20 35:8

42:10 47:10
52:12 57:14,15
58:22 61:18
62:5,6,7
named 6:13,13
names 5:18
narcotics 65:17
nature 10:1 11:3
    13:17 38:7
navy 11:23
neck 17:18
need 4:1 52:20
    54:2 83:18
needed 10:10
    59:5
neighbor 47:3,3
    47:12,22 48:16
    48:19 51:9,14
    73:21
neighborhood
    17:2 46:20
    72:7 78:14
neighbors 47:10
nephews 62:16
never 24:3,3
    29:3 30:7
    40:20,21,21
    44:1,1 45:17
    45:17 51:18
    53:15,15 55:1
    56:6,14,15,15
    62:7 63:5
    64:17,21 65:4
    67:5,12,13
    68:1 70:6 71:2
    71:3,5 75:23
    76:17 79:14
    80:21
news 9:3 31:7,16
    61:19,20
newspapers
    61:20
nextdoor 47:3
nickname 44:23
    45:4 62:21
    79:3
night 19:23

44:22 73:9
ninth 8:7
noise 46:2
nonsense 55:18
nope 35:14
northeast 1:18
    2:11 4:14,17
    84:4
northwoods
    26:6
notice 1:14
number 25:17
    25:20,21 27:4
    27:5
numbers 66:23
numerous 37:16
    44:11 76:1
nurses 59:2

**O**

o 1:13 2:17 3:1
    84:1,5
oak 4:14,17,21
    5:22
oath 3:13
objected 69:5,6
objection 70:1
obviously 33:14
    49:4
occasion 17:20
occasions 37:17
occurred 68:12
oclock 10:13
    11:4 23:24
    24:18 42:22,23
october 7:2 8:19
    8:20 16:4 21:8
    21:23 22:6,23
    23:18 24:2,16
    27:23 30:2
    32:21 34:12,18
    43:14,24 44:2
    44:3 49:9 56:1
    56:2,7,18
    74:10
offering 59:8
offhand 18:19

**office** 2:3 12:14
20:20 26:13,23
28:2,13,20
29:13,14 42:4
53:2 60:18
**officer** 16:13
19:1,15,17
20:20,20 34:1
34:19 35:10,21
36:5 40:4
78:24 80:3
**officers** 1:8 3:16
30:8 33:6 34:3
46:22 49:8
**oh** 13:11 14:11
19:3 24:3
40:17 41:14
49:11 52:18
67:17,22 82:5
**okay** 3:23 4:3
6:9 12:1 14:11
19:17 25:8
30:6 31:3
33:12 34:2,22
35:6 39:22
45:9 46:7 47:2
47:3 48:20
51:2 63:11,15
65:14 67:11
71:6 72:4,13
73:2,5,15,18
74:14 75:15
77:10,24 78:20
80:22 81:6,17
82:8
**old** 6:8,15 48:3,5
57:8,17 62:21
62:21 64:19
65:7
**once** 9:5 39:2
53:15 54:17,20
55:7 58:3,4
59:13 62:2
68:1 70:1
74:24 80:7
81:1
**ones** 16:17

**order** 25:13 26:2
**ordered** 27:20
**orlando** 3:7 5:19
6:9
**outcome** 84:13
**outside** 13:5
16:16
**overtime** 10:8,12
**owned** 4:24
12:10

---

**P**

**p** 83:24
**pacman** 79:2,4,7
79:13,20 80:1
**page** 2:16
**paid** 26:11 27:11
27:12 46:14
71:22
**painted** 66:23
**pair** 67:20
**park** 20:13
**parking** 75:3
**parkway** 26:12
26:13,22
**parole** 14:2
**particular** 24:16
24:20 34:15
**parties** 84:13
**party** 33:4,5
**pass** 82:4
**pastor** 60:13,16
**patrol** 16:8
19:17 79:17
**pay** 14:19,19,20
42:13
**paycheck** 34:13
**payday** 27:24
28:1,4
**paying** 72:1
**pbrigham** 2:5
**pending** 4:2
**people** 16:16
17:17 32:13
46:15 57:8
66:12 75:4,6,7
75:8

**peoria** 1:3,9,18
2:11 4:6 5:5
13:4,6 14:2,6
14:10 20:16
30:19 32:7,12
35:7 36:18
54:22 57:3
65:15,20,21
66:19 81:14
84:4
**permission**
49:20 68:21
73:13,14
**person** 30:10
36:12 50:24
51:1 54:21
55:1 59:22
71:8,9,12,23
75:9 77:2,3,4
**personally** 84:3
**personals** 74:12
**pertain** 1:15
**peter** 2:10
**phillip** 2:2,3
**phillipbrigha...**
2:5
**phone** 7:13
22:17 25:11,12
25:15,16,17,19
25:20,21,22,24
26:17,18 27:4
27:5 28:15,18
29:11,13,15,19
29:22,24 35:2
51:3 54:1,15
54:17,18,20
55:7 56:19,20
56:21 65:24
66:12 74:16
81:10,18,19,19
81:22 82:1,4
**phones** 81:21
**photo** 45:10,14
**photographs**
34:8 83:7,8
**phrase** 3:22
**physical** 71:1,3

76:4,6
**pick** 77:16
**picked** 26:7
34:13 45:14
**picking** 41:16
**pickup** 26:10
**picture** 34:8
40:11 64:10
67:3 68:3
75:19 77:14,15
**pictures** 68:6
75:22
**pierson** 27:10
**pioneer** 26:12,13
26:22
**pit** 25:10,13,14
25:23 26:4,5,8
26:11,17 29:7
**pjennetten** 2:12
**place** 4:15 5:2
8:12 9:2 72:1
72:19
**placed** 26:2
**plaintiff** 1:6,13
2:9 3:2 84:5
**plan** 59:19,21
**play** 22:18,21
23:9,13
**played** 23:11
24:22 25:1
29:1 54:4,6
**playing** 29:17
67:18
**playstation**
22:21
**plenty** 59:20
**pod** 32:13,15
66:11,12
**point** 5:11 7:2
**pointed** 83:16
**police** 3:16 16:13
18:5,6,11,16
20:17,22,23
21:2 33:6,14
34:3,4,19 35:7
36:9,11,18
37:18 44:19

46:17 48:8,11
50:24 51:11,13
54:22 62:18,19
72:10 73:24
74:1,2,4 75:13
78:24 79:18
80:24 82:22
83:4,6
**poorly** 3:22
**positive** 43:7,8
**possession** 15:8
15:8,10,14
**possible** 77:5
83:17
**pot** 55:19
**potato** 66:15
**pounds** 71:13,16
71:17,18,19,20
**prescribe** 59:14
**prescription**
50:19,20
**presence** 84:8
**present** 17:11
**pressuring**
41:14,14
**pretorius** 2:10
**pretty** 10:8
**previous** 41:8
**pride** 61:16,21
**prins** 21:5,7 63:7
63:10,12,18,24
75:12,12
**prior** 5:4 15:15
15:18 72:17
78:17
**prison** 13:13,23
13:24
**private** 63:24
64:2
**probably** 42:24
43:17 51:16
60:8
**probation** 15:22
15:24
**proceedings**
76:11
**process** 3:10

**projects** 19:18
**pronounce** 62:7
**property** 69:20
  70:5
**prosecutor**
  76:15
**provided** 9:12
**psych** 57:3
**pull** 47:6 73:22
**pulling** 75:2
**punch** 57:18
**punched** 59:10
**punished** 57:20
**purchase** 60:7
**pursuant** 1:14
**put** 3:12 20:11
  20:11 36:20
  46:10,16 55:14
  57:16,21,24
  58:6 64:10
  65:9,15 68:18
  75:17 79:17

—————————
        **Q**
**qjhpc** 2:12
**question** 3:20
  4:2 41:9 63:15
  70:1 76:10
**questioned**
  45:15 56:14
  68:1 69:18
**questioning**
  64:21 65:5
  81:9
**questions** 3:12
  3:17 70:7,17
  70:19 72:9
  83:22
**quinn** 2:10
**quite** 68:14

—————————
        **R**
**r** 2:10 84:1
**raid** 55:7
**raided** 54:16,22
  55:9
**raiding** 55:5

**ralph** 32:5 34:8
  63:23 74:17,23
  75:9
**ralphs** 74:6
**ramp** 47:24
**ran** 17:24 18:2
**read** 66:8
**ready** 21:24 26:3
  28:4 65:18
**real** 58:1
**really** 6:2 19:11
  61:2,5,18,18
  77:18
**reason** 83:14
**recall** 13:2 14:15
  14:16 15:20
  16:23 17:4,5,7
  18:19 23:4,6
  23:23 27:4,5
  29:22 36:7
  41:2,13 42:17
  47:11 49:16
  55:15 57:13
  58:1,2,22
  60:23,24 67:19
  67:19 70:19,24
  70:24 71:6
**receipt** 42:19
  43:3,14,16
**recess** 70:12
**record** 68:21
  70:10,14
**recorded** 53:21
  68:13,16,17,18
**recording** 54:10
**records** 80:2
**recover** 61:10,12
**redirect** 2:18
  82:14
**reduced** 84:8
**regard** 82:16
**regular** 10:9
  16:23 21:11,21
**related** 84:13
**relationship**
  78:17,17 82:17
**relatives** 34:24

**release** 76:2
**released** 14:3
**remember** 14:1
  14:4 15:5
  17:11 21:9
  22:6,8,23
  24:15,20,23
  25:1,3,20
  27:20 34:15
  36:22 42:19,24
  44:4,18 50:15
**rent** 33:4
**rented** 4:24 5:13
  5:15
**renting** 4:15,16
  33:3
**report** 21:1
  37:19 48:11
  75:17
**reported** 84:8
**request** 60:18
**reside** 4:5
**residence** 49:22
  74:17
**response** 41:12
  76:14
**rest** 22:6,8
**restaurant** 25:19
**result** 38:16,17
  61:7
**retrieved** 69:18
**returned** 70:6
**revving** 18:8
**rewind** 58:12
**rid** 55:1
**right** 8:5 9:1
  10:14 11:5,19
  11:19 12:2,2,3
  12:3 15:17
  16:1,13 18:1
  19:13 24:8
  25:4 26:11,16
  27:7 30:5,19
  32:16 33:16,19
  33:24 34:14
  35:5,6,15,23
  36:20 41:7

43:5,16 46:9
  46:18,20 47:15
  47:20,21 48:4
  48:17 49:7
  50:1,1 51:6
  52:7 59:11
  61:22 62:20
  63:2 71:18,18
  72:8 73:6 76:5
  79:7,22 81:22
  82:11,12,12
  83:3,8
**rights** 2:6
**road** 7:1
**robbed** 57:8,17
  74:11
**robber** 62:21,21
**robberies** 51:21
  52:4
**robbery** 52:1
**robot** 22:10
**rolled** 69:8
**rolling** 43:1
**ronald** 7:1
**room** 33:3,4
  36:19,21 56:16
  68:18
**roommates**
  59:23
**rough** 17:19
**routine** 23:3,7,7
  24:24,24
**row** 67:9,9
**rpr** 1:16 84:2,18
**ruined** 61:19
**rules** 1:15
**run** 45:6 79:15
  79:17
**running** 17:13
  18:3,8 80:11

—————————
        **S**
**sat** 37:6 39:20,21
**saturday** 48:24
  54:18,18,20
  66:11 73:10
**saved** 25:19

**saw** 18:4 77:21
  77:24
**saying** 6:3 15:13
  16:15 17:19
  18:5,23 20:14
  20:15 21:3,17
  22:10 23:2,6
  25:5 26:21
  28:3,15,17
  29:1,4,19
  30:16,19 31:8
  31:10,17,18
  33:4 34:22,23
  34:24 35:15
  36:4,17,24
  37:3,6,10,14
  37:15,16,17
  38:3,14 39:2,3
  39:8,8,8,9 40:4
  40:7,9,15,19
  40:20 41:17
  42:3 44:2,10
  44:16 45:1,5
  46:13,16 47:13
  48:12 50:21
  51:7 52:18
  53:9,10,11,11
  54:2,8,19
  55:18,18,20,24
  56:9,10,10,17
  57:3 58:11,23
  59:8 60:5,16
  60:17,17 61:3
  61:14,24 62:17
  63:12 65:3,4,7
  65:13 66:4
  67:14,21 68:8
  68:19 69:13
  70:3 71:16,21
  71:24 72:15
  74:20,22,24
  75:2,5,8,10,11
  75:12,24 76:7
  76:9,11,12,16
  76:16 79:20
  80:2,4,16,17
  81:1,2,12,16

82:23 83:5
says 43:14
scared 18:16
school 8:6,9
  21:18,24 22:5
  22:11 41:18,20
  42:3,6 43:10
scislowicz 4:21
  11:8 12:12
  48:21
scott 2:6
scotttkamin 2:8
screen 75:19,23
search 19:20
  49:12,20,22,23
  49:24 50:2,4
  68:24 72:9,12
  72:13,18,20,21
  72:23 73:2,7,8
  73:9,16
searched 49:18
  49:19
seat 36:14 37:4
  39:18
second 75:10
seconds 25:12
  46:7 48:9
security 75:1
  82:20
see 9:3 16:15
  19:23,23 22:17
  22:18 29:5,6
  32:14 35:17
  60:18 62:13,23
  74:18 75:18
  76:20 78:9
  79:12,16 80:3
  80:5
seen 19:19 30:22
  31:7,15 39:4
  40:6,12 47:5,8
  52:24 55:8,13
  56:15 64:11
  67:6 73:22
  74:19 75:2,3
  77:16 78:3
  79:13

segregation
  57:22,22,23,24
  58:6,13
sent 15:7 22:11
  75:19
sentence 15:3
sentenced 15:4
separated 32:2
  52:24
september 4:18
serious 65:13
serve 14:22
service 8:13 9:11
  46:12
services 9:12
serving 66:2
set 32:13 46:3,23
  84:15
seven 51:22 52:3
shaking 40:7
shaven 76:19,24
shell 6:16,16
shes 47:23 48:4
  48:4
shirette 7:22,23
  7:24 35:9
  48:21
shirt 11:17,17,18
  11:21,22,22
  60:1,7
shoe 42:17
shoes 41:16,18
  41:23 42:1,7,8
  42:11,13 43:4
  43:10,12 62:11
  67:20
shook 37:2 79:22
show 7:19 10:19
  68:6 73:2
showed 29:3
  43:3 72:11
  77:13,15
showers 5:20
  6:10
showing 67:3
  68:2
shown 34:7

72:13
side 13:4
sign 41:20
signature 84:11
signed 41:2
single 79:13
sir 3:9,24 4:4,6
  4:10,16,19,23
  5:14,17 6:7 7:4
  8:3,7,11 9:8,14
  9:22 10:5,17
  11:1,7,17
  12:18,22,24
  13:2,9,20,24
  14:24 15:12,21
  15:23 16:13,21
  17:4,7,13,15
  17:21,23 18:1
  18:1,13,19
  19:3,14 20:6,9
  20:11,18,21,24
  21:2,3,6,10,12
  21:14,22,24
  24:5 25:3,16
  25:21,24 26:14
  27:16,19 28:7
  29:6 30:3,10
  30:16,22 32:4
  32:6,9,12,18
  32:22 33:1,22
  34:17,20 35:23
  37:22 38:9,12
  39:12,14 41:5
  41:9,11,21,24
  42:16,19 43:2
  43:7,12,21
  44:1,7,9,20,22
  45:20 46:5,13
  46:24 47:11,21
  48:15 50:5
  51:10,20 52:9
  53:4,23 56:14
  57:12 58:1,15
  58:20 60:22,24
  61:8 64:7,10
  64:12,15,18
  65:1 66:15,19

68:7,22 70:20
  71:10 72:11
  73:4,20 76:7
  77:23 78:2,21
  79:4,23 81:23
  82:10 83:20
siren 46:2,21
sister 7:18,19
  34:23 36:4
  47:4 48:20
  62:16
sisters 7:21 35:8
sit 23:4
sitting 53:4
six 51:22 52:3
slammed 40:11
sleep 59:24
slid 40:12
smart 81:22,24
smile 40:6,10
smiling 65:14
smoking 25:10
  25:13,14,22
  26:4,5,8,11,17
  29:7 55:19
snitch 20:4
somebody 7:14
  10:18 51:15
  53:20 74:1
  83:7
son 6:13 35:1,12
  35:13,16,19
  36:3 37:10,14
  37:20,23 38:19
  38:23,24 39:3
  39:8 77:6,7
  78:2 83:10,19
sons 5:17
soon 25:24 28:13
  29:6 48:8
  59:22,22,23
sorry 22:3 73:11
sort 77:7
south 13:4
southfield 13:22
speak 35:1,18
  36:13 39:19

64:1
specific 40:21,22
  56:6 80:19,21
specifically
  52:11
specify 80:14
spell 7:23
spend 24:13
spending 23:20
spent 23:18
spoke 36:22
  49:11
spoken 30:10
spot 20:12
spread 45:11
squad 20:12
staff 59:1
stand 65:9 69:4
  69:11
standing 18:6
  47:18
start 18:3 58:10
  65:14 77:7
started 8:15 9:18
  29:15 40:6,15
  47:7,9 57:17
  79:8 81:16
starting 25:3
state 3:6 13:9
  20:22 69:4,5,6
  69:8 70:1,2
  84:19
stated 69:17
states 1:1 20:19
  31:23 52:20,22
  76:8 82:21
  83:1,3,5,5
station 35:7
  36:10,11,18
  50:24 80:24
stay 6:20 11:3
  39:15 78:14
stayed 5:5,20
  27:9,9 29:1
  47:13,14,15
  74:23
staying 6:2

10:13
stenographica...
84:8
stick 17:18
stomach 60:9
stop 18:9 21:18
stopped 61:3
store 42:10,18
79:16,17 80:9
story 42:7,8
straight 26:3
28:16 42:2
58:9 61:21
street 5:5 6:24
20:3,13 58:14
62:23
string 51:21
64:23
strong 60:1
stuff 23:1 39:5
45:7 49:17
50:23 52:1
53:12 54:23,24
57:5,9 67:10
sued 12:19
suffered 56:22
suicide 59:17
suit 84:13
suite 2:3,7
super 72:7
supervisor 12:7
12:8
supposed 20:3
29:2 57:4
69:19 70:4
77:19,19,21,24
supreme 1:15
sure 3:12,21
16:2 25:9,10
32:1 51:14,22
68:14
surveillance
74:18
suspended 14:14
14:18
sweep 9:24
sworn 3:2 84:6

system 45:19,21
46:16 71:21

———————
T

t 2:6 84:1,1
tables 9:24
take 4:2 7:14
15:15 16:19
18:8 20:12
22:16 25:5
27:17 28:19
43:10 50:16,22
51:1 61:5
75:19 78:15
80:11
taken 44:18
70:12
talk 20:19 21:8
29:18,24 30:21
31:23 32:3,10
35:11 36:5
37:5,7,9 39:15
39:17 44:13
52:15,16,19,20
52:22 53:6,14
53:16,18,20
56:12 58:21
59:1,4 61:1
65:24 80:13
talked 26:21
29:15 30:6,8
30:13 32:1
33:17,20 34:1
34:3 39:2,3
41:4 45:16
48:18 49:9
51:8 52:10,22
52:24 55:22
56:15 57:3
58:18,23 60:13
63:3 72:8 76:3
78:16 80:12
talking 3:22 14:7
22:2 31:5,21
39:13 51:4
54:3,8 55:10
57:7 60:15

61:8 62:15,19
68:8 78:23
tall 71:6,11
tape 74:21 75:18
75:21,24 82:20
teens 79:1
teeth 22:16
telephone 2:4,8
2:12
tell 11:11,13
16:7 19:13,21
19:24 22:9
23:1,21 24:17
25:7 34:21
35:13,24 37:21
39:24 41:19
42:22 43:19
44:6,23 45:21
47:1 49:14,18
50:3 51:10
53:19 54:7,9
55:21,23 57:1
57:10 61:10
62:8 64:6,8,23
65:1 76:18
80:18 81:20,24
82:6
telling 40:16
41:22 61:4
77:18
terrible 19:8
testified 3:3
testify 83:10,19
84:6
testifying 3:13
testimony 84:7,9
84:15
thats 5:14,14
10:4 11:1
19:18,22 25:19
25:22 26:15,23
27:20 28:2
30:10 31:6,15
32:14,18 35:6
35:16 40:10
43:6,9 45:2,3
48:6,11 49:6

50:11,13 54:7
54:11 55:4,19
62:21 67:2
68:18 69:23
70:7 72:23,24
73:24 74:22
75:20 76:14,15
76:15 78:13
79:1 83:8,22
thereof 84:14
theres 4:1 37:4
39:6,18 83:17
theyll 19:24 33:4
thing 22:12 23:3
31:14 51:10
52:23 54:14
57:23 58:12
60:1 67:19
73:21 80:1
things 3:11,22
9:24 11:3 38:6
45:7,8
think 16:16 24:7
24:9 43:8
48:24 51:14,21
54:4 56:2 57:8
64:19 72:21
78:24
thinking 21:10
57:2 65:18
thought 31:13
65:6,6
three 5:17 13:24
14:16 17:9
37:17 40:20,23
41:10 54:6
58:3 64:22
66:6 80:16
82:3
thumb 17:18
thursday 41:15
43:6,9,13,18
54:18
ticket 14:20
tim 82:24
time 5:20,20,23
7:2 12:13

13:13 14:6,9
14:12,13,22
18:16 19:19
21:15,21 22:11
22:13 23:18,20
24:14 25:21
28:16 29:11,20
29:23 32:8
36:5,7 38:8
39:4,10 40:1
40:22 42:17
44:12,21 46:10
48:10 52:24
53:8 54:14
55:8,8,9 56:6
57:10 59:8
60:19 64:20
65:2 66:14,19
66:20 67:21,24
71:15,17 72:4
72:24 73:5,6
78:14 80:23
timeframe 83:16
timeline 83:16
times 6:3,4 11:23
13:1 17:6,8,10
37:17 53:18
57:24 58:3
59:12,20 76:1
timothy 1:8 47:6
69:10,13,19
tips 27:20
tired 38:4
today 23:4 35:3
70:8
told 26:17 31:9
31:20 33:23
36:12,13,14
37:1,4 38:5
39:17 41:21
44:1 45:1 47:4
47:4,4 49:6,10
49:11,13,19,20
52:21 54:13,21
56:1 62:10
64:3 65:4,9
67:20 68:1,2

73:21 76:7,8
76:10,10,16
77:13,14 81:10
**tolerate** 58:17
**tomas** 12:8
**tomorrow** 35:4,5
**tooth** 51:3,4
**top** 41:13 51:20
55:4
**torlando** 57:14
**towit** 84:3
**track** 79:21
**traffic** 14:13
28:22 78:12,12
78:13
**transcript** 3:19
84:9
**treatment** 60:11
**trial** 3:14 53:7
53:22 54:2,5,6
55:16 69:4
83:19
**tried** 59:24 60:5
76:1 82:19,21
**tripped** 48:7
**true** 38:24 68:5
84:9
**truth** 41:22 84:6
84:7,7
**try** 3:17,23 8:23
23:17 59:17
60:3
**trying** 16:1
17:13 20:4
43:8 65:2 68:3
82:6
**tshirt** 11:19
50:18
**turn** 11:24 26:10
46:6 77:6
**turned** 45:23
46:14 64:4
82:23
**tv** 75:19
**twice** 27:15 60:5
80:7
**two** 6:12 7:8,10

7:10,14 9:17
11:23 15:5
16:2,2 17:17
26:9 27:13
28:5 40:19,23
41:10 47:5
48:23 49:1
51:11 61:16
62:2 64:22
69:22 73:22
75:3,8 80:16
82:3
**type** 79:19
**typewriting** 84:9

**U**

**uftring** 9:18
**uhhuh** 3:18
**unclear** 3:20
**understand**
33:12,13,15
34:18
**understanding**
43:3 45:9 49:8
50:13
**uniform** 11:16
**united** 1:1
**unknown** 1:8
**use** 83:15
**usually** 21:15,16
22:15

**V**

**valuable** 64:3
**vehicle** 26:20
28:14,14 29:14
29:15,15 74:20
75:1,4,6 77:14
77:15 78:3
**verify** 80:22
81:18 82:9
**vicinities** 68:10
68:12
**victim** 52:12
71:6 76:19
**victims** 52:14
68:6

**video** 23:9,11
25:1 29:17
68:14
**virginia** 5:10,16
6:4 45:18
**vs** 1:7

**W**

**wait** 22:1
**waited** 26:9
39:23,24
**waiting** 30:20
**waived** 84:11
**waiver** 41:1
**wake** 72:7
**walk** 37:3
**walkway** 47:16
**wall** 45:22
**walls** 45:6
**want** 11:14
19:20,20,21
22:18 25:10
31:1 33:23,24
35:5 61:10,12
63:14 65:23
68:13 72:20
77:6
**wanted** 35:1,10
35:18 37:5,9
37:13,18,19
38:4 67:1,23
78:2,2 80:4
**wanting** 40:22
**warmed** 29:4
**warrant** 49:12
49:23 50:2,4
72:12,14,18,20
72:22,24 73:3
73:7,8,9,16
**wash** 20:13,14
**washington** 6:23
20:12
**wasnt** 9:1 12:10
13:22 14:8
15:12 17:17
18:9,9 20:1
28:1 36:23

38:24 46:14
57:4 60:1,2
65:17,17 66:4
69:19 82:6
**watch** 54:13,24
55:2,3,10,12
55:12,13,14
58:11,12 68:13
**watching** 23:15
47:7
**water** 66:16
**way** 26:18,22
39:6 54:9
63:15 64:4
77:2,4 79:11
83:17 84:13,13
**wear** 11:23
50:18
**wednesday**
21:10 41:8,16
43:5,7,9,13,17
43:18 55:24
56:3,4 67:15
67:15,16
**wednesdays**
40:20,23 41:10
67:18 80:17
82:3
**week** 21:9 60:17
61:20 76:22,23
77:3,5 80:7
**weeks** 27:13
64:22
**weigh** 71:14,18
**weighed** 71:16
71:17
**weighing** 71:12
**went** 5:12 7:10
7:18 8:7,18,22
9:18 23:24
24:5,17 25:5
26:3,7,11,11
28:13 29:5,7
29:10,14 33:5
35:7 36:11,11
36:18 41:19,21
41:23 42:2,2

42:17,22 43:1
43:4 44:11
48:8,9,23,24
50:3 51:11
52:22 55:5
62:11 63:24
65:15,20 66:7
66:9,20 67:19
69:24 70:5
72:5,19 73:11
73:18,23 75:16
81:14
**west** 5:5
**weve** 24:15
**whats** 4:7 6:22
7:21 40:10
47:10 51:4
**wheelchair**
47:24
**whereabouts**
65:2 80:13,14
80:23 82:9
**whereof** 84:15
**wheres** 6:21 8:12
**white** 34:7 48:1
48:2
**williams** 7:22
35:9 48:21
**window** 45:23
**wished** 53:12
**witness** 2:16
34:6 45:10
83:21 84:6,8,8
84:9,11
**witnessed** 17:1
**witnesses** 17:11
17:14 20:10
70:18
**wondering**
52:13
**wont** 46:15
**woodard** 53:15
**woodward** 12:9
12:10 53:2,6
53:10,14
**word** 30:13
**words** 31:1

39:19 41:11
**work** 8:14 9:5,7
  9:15 10:8,12
  10:18,23 11:4
  12:15,21 23:24
  24:3,4,5,5,13
  24:13,17 25:4
  29:5,10 35:16
  36:8 42:2
  50:18,19 56:4
  56:5,9 65:18
  67:21
**workday** 21:11
**worked** 8:12,19
  9:3,9 10:12
  11:1,16 12:9
  12:12 21:13
  26:15 27:11
  33:7
**working** 9:20
  12:13
**worry** 22:4
**worst** 57:9
**wouldnt** 43:15
  43:16 55:23
  65:1 75:20
  80:10,18,18
  81:12,17
**wow** 65:12
**write** 60:18
**written** 61:24
**wrong** 27:22
  77:20
**wrote** 75:17

**X**

**Y**

**yeah** 7:12 24:3
  31:20 52:18,20
  58:4 69:6
**year** 4:12 15:5
  32:22 58:2
  62:2
**years** 13:24 16:2
  16:24 17:4
  32:23 78:23

79:5
**youd** 43:20
  83:11
**younger** 45:3
**youre** 3:21 4:15
  17:14 47:18
  50:16 51:4
  54:3,8,12 61:9
  64:24 82:6
**youve** 3:12 14:9
  46:22

**Z**

**0**

**00** 1:19 10:3,3,13
  10:19,19,20,21
  10:23,24 11:1
  11:1,4 21:13
  21:13,19 22:14
  22:14 23:24
  24:18,21,21
  36:8,8,8 42:22
  42:23
**03** 13:12
**084003571** 1:17
  84:19

**1**

**1** 84:15
**10** 1:19 17:10
  36:16 42:22
  73:23 74:16,23
  75:4 83:24
**1000** 5:5
**101** 4:8
**1012** 5:10 47:13
**1026** 4:8
**1050** 2:3,7
**11** 22:14 24:21
  70:11,13
**1118** 4:14,17
**112011** 8:20
**12** 22:14 83:24
**13** 6:18 79:9,11
**13cv1130** 1:7
**13th** 43:4,14

**14** 6:17
**14th** 1:17 84:3
**15** 6:10,16 28:11
  32:13 58:4,8,9
  79:9,11
**15th** 67:12 80:20
**16** 6:17
**17** 6:10
**17th** 67:13
**185** 71:13
**1980** 19:11 20:7
**1990s** 20:8
**1995** 15:2
**1996** 15:2
**19th** 21:8 22:6
  22:23 23:18
  24:2,4,4,10,16
  25:2,6 30:2
  43:24 44:3
  56:11 67:13
  74:10 80:18,19

**2**

**2** 42:23
**20** 6:9 28:21
  32:13 78:13
**2002** 13:11,11
**2005** 14:5
**2006** 14:5
**2010** 8:16
**2011** 7:2 8:20
  14:7 15:22
  16:4,24 21:8
  22:6,24 27:8,9
  27:23 32:21
  56:18
**2012** 4:18
**2013** 4:18
**2014** 1:17 84:3
  84:15
**20th** 27:13,14
  34:12 80:19
**21st** 24:5
**22** 78:13
**227** 1:18 2:11
  84:4
**25** 28:21

**250** 71:18
**255** 71:15,16,17
**26th** 8:19,20
**27th** 24:7,8
  34:18 45:11
  48:22
**29th** 49:9

**3**

**3** 2:17 36:8
**30** 21:19 36:24
  37:8 46:7
  78:15
**309** 2:12
**312** 2:4,8
**3220077** 2:8
**39** 79:7

**4**

**4** 36:8
**45** 70:11 78:15

**5**

**5** 10:3,19,24 11:1
  21:13,19 23:24
  24:18,21 36:8
  74:16,23 75:4
**50** 70:13
**50s** 48:5
**55** 2:3,7
**57** 71:10,10,12
**58** 71:10,12
**5th** 27:12,13

**6**

**6** 21:19
**60** 64:20
**60604** 2:4,7
**60s** 48:5
**61602** 2:11
**61603** 4:8
**62** 60:8 71:12
**6697623** 25:21
**6741133** 2:12

**7**

**70** 2:18 64:20

**8**

**82** 2:18

**9**

**9** 10:3,13,19,20
  10:21,23 11:1
  11:4 21:13
  24:18
**90s** 19:12 33:5
**911** 74:16
**9860654** 2:4
**9th** 44:3 56:1,2,7
  56:8