# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Jermaine Jackson

        Plaintiff

        vs.                              Case Number: 13-1130

City of Peoria, Unknown Officer,
Timothy B. Moore, Detective Garner,
Jody Hoos,

        Defendant

## AMENDED
## JUDGMENT IN A CIVIL CASE

    **DECISION BY THE COURT.**   This action came before the Court.   The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that on 11/13/14, Defendant's Motion for Summary Judgment was GRANTED.   It is further ordered that on 12/22/14, costs are taxed in favor of Defendant in the amount of $2,582.95.

    **IT IS FURTHER ORDERED AND ADJUDGED** that costs are taxed in favor of Appellee City of Peoria, Illinois; Appellee Steven W. Garner; Appellee Timothy B. Moore in the amount of $139.50.

**Dated:**   7/13/16

                                              s/ Kenneth A. Wells
                                              Kenneth A. Wells
                                              Clerk, U.S. District Court